AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   20-cr-00354-WHA |
| FLORENCE KONG | ) | |
| | ) | |
| _Defendant_ | ) | |

**FILED**

Sep 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9-17-20

_Defendant's signature_

_Signature of defendant's attorney_

John M. Runfola
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Virginia K. DeMarchi, U.S. Magistrate Judge
_Judge's printed name and title_