UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 8, 2020     **Time:** 27 minutes     **Judge:** WILLIAM H. ORRICK
                              3:10 p.m. to 3:37 p.m.

**Case No.**: 20-cr-00354-WHO-1     **Case Name:** UNITED STATES v. Kong

**Attorney for Plaintiff:**   David Ward
**Attorney for Defendant:**   John Runfola
                              Defendant **Florence Kong** – present (via video), on bond

**Deputy Clerk:** Jean Davis                        **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** Benjamin Yeung (Cantonese)         **Probation Officer:** n/a

## PROCEEDINGS

Parties appear via videoconference for scheduled Change of Plea Hearing. Ms. Kong has been advised of her right to appear in person, voluntarily waives that right, and consents to proceed via videoconference. The Court rules that it is appropriate for the proceeding to be conducted via videoconference due to the health concerns and restrictions associated with the COVID-19 pandemic and the need to avoid unnecessary delay. An executed plea agreement was submitted electronically in advance of the hearing.

Ms. Kong is sworn and queried as to her background, physical and mental condition, and understanding of the proceedings. She is advised of her rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the guilty plea.

Defendant pleads GUILTY to Counts One and Two of the Information. The plea is accepted as knowing, voluntary, and supported by an independent basis in fact.

The case is referred to the U.S. Probation Office for preparation of a Presentence Report.

**CASE CONTINUED TO: February 11, 2021 at 1:30 p.m. for Sentencing**.