# Exhibit A – Letters from Family

December 9, 2020

San Francisco Court House
450 Golden Gate Ave.
San Francisco, CA 94544

Dear Honorable Judge William H. Orrick,

My name is Eric Mao and I am married to Florence Kong and we have been together for more than twenty-one years. We have raised four young children to become young adults. Three of them are now college graduates, one is a structural engineer, one is an accountant, and the daughter is a physician. The youngest is in his junior's year at the University of California. Florence and I share in the belief to guide our children positively for them to develop successful careers and contribute to society. Florence and I both emigrated from Hong Kong many years ago and hold our deepest gratitude to United States of America. We adopted United States as our home country and care immensely about living in our adopted country.

I came to the United States in 1967 and attended High School in Oakland, California. One of the first things I learned that I still hold dear today are the words spoken by President Lincoln "Fourscore and seven years ago our fathers brought forth, on this continent, a new nation, conceived in liberty, and dedicated to the proposition that all men are created equal...." I take these words to heart and am grateful to all our forefathers who created this land of endless opportunities in United States. Florence shares this deep gratitude to an even greater extent than I since her family was persecuted by the Communist government in China. This is one of the reasons behind Florence's continued involvement with the many charities and civic duty events such as City Clean Up and voter registration. Florence and I have always shared a passion for making this country a better place for everyone and for all our future generations.

Florence has been heartbroken at the damage she has done because she has so much gratitude in her heart for this country. She talks about regretting mistakes and tells me that she wishes she had been stronger and a better person. It saddens me to hear her say these things because I know, having lived with her for more than twenty-one years that she is one of the best human beings I have had the privilege of knowing. I know she is a honorable, kind, and generous person. I have never seen or heard of Florence refusing to help a friend or good cause or employee. I have never seen or heard of Florence refusing a request to donate to non-profit organizations. Florence has been a rock for so many people around her, even me, and I know it is hard for her to ask for help right now. But she has asked for help and is even seeing a doctor that is helping

her to better understand her mistakes so that it never happens again.  She will never repeat her mistakes and I know that because of who she is, she will spend every day doing something good for our community and other people to makeup for her mistakes. That is the kind of person she is.  Even though all the public now knows about her wrongdoings, I know that Florence will show everyone that she is someone who can take responsibility for her actions even when it is hard and she will actively use this experience to make a positive difference.

I am writing this letter in hopes that my years of living with Florence can give some credibility to my judgment that Florence is a good person, a loving wife, a caring mother, a devoted daughter and a successful businesswoman. Florence participates in charity fund raising events and volunteer her time to develop events to bring the younger generation closer with the older generation. Even today while she is so anxious about her case, I still believe Florence's heart is in the right place to bring families together. Florence and I have been devastated with the recent events of bribe and scandal. There has not been a single day that Florence has not contemplate how to make amends for her mistakes. Florence spent many sleepless nights just thinking about our future and all the good she can do in the world in order to make up for her guilt and shame. When Florence and I think critically about our situation, our path is clear for the rest of our lives. Florence is 63 years old and I will be 70 years old in several months. Florence still believes in strong families bring together strong community and she loves her time volunteering in community events. As Florence's husband I hope to join Florence in the many community endeavors she is already participating in and to expand our involvements in areas that can benefit everyone from the elderly to the younger generations.

Florence cares very much about her volunteer work. She has had a long history of doing volunteer and charity work. Florence started the San Francisco Chinese Club specifically to work with about 400 elderly in Chinatown. She involved many in playing musical instruments and do performances in gatherings. Through the radio station, Florence sponsored Mother's Day events and Harvest Moon events in order to involve families from the elders to the younger ones. As an example to others to respect the elders, she sponsored and led trips for elders in their eighties to Las Vegas and Mexico. In addition to volunteering her time, she made donations to many worthwhile causes. Some of her favorites are Doctors without Borders and UNICEF as children of the world represents our future.

Ever since the FBI came to our doorsteps many months ago, Florence has spent many nights soul searching and Florence's arrest has been a wake-up call. Since then, she consistently goes to our Buddhist Temple on a weekly basis to worship, to contemplate

about her mistakes and to focus on self-improving. While she may not be the "true Buddhist disciple", she does believe that anyone can lessen the world's sufferings through action. As long as Florence has the energy, she will follow her heart and take action. She has continued her involvements with the elderly through the Lions Club and Chinese Club. She wants to be able to continue to make the world a better place with her remaining days.

Florence has been my true and loving partner for more than twenty-one years. She provided guidance to our children to help them become responsible contributing adults. She found time to devote care for her mother while her mother was with us. Florence persevered through hard times and good times with love, loyalty and a strong family bond. My role as Florence's husband is to provide a safe place for her to share our daily trials. I will again make my pledge to my wife that I will keep her safe, steer her clear of trespasses and together she and I will leave this world a little better than when we first entered it.

Respectfully Yours,

Eric Mao

Dear Honorable Judge William H. Orrick:

My Name is Kanger Shum and Florence Kong is my mother.  I was born and raised in San Francisco.  My mother gave birth to me at the UCSF hospital.  In many ways, I believe she decided to be a San Franciscan and an American when she chose to give birth to me, her first child, here in San Francisco.

I was a very sick throughout my childhood.  I suffered from severe asthma and a weak immune system.  I was constantly sick with the cold and flu which caused me to cough and wheeze.  There were many nights I could barely breathe, especially when the coughing became so severe, I hoped I would faint and not wake up so that the pain would stop.  In these moments, my Mom would hold me in her arms, put a breathing mask to my face that would slowly fill me with air, medicine, and steroids allowing me to fall asleep without choking.  Even though she could not sleep, she held me in this position through countless nights, and I knew my Mom truly loved me.

Growing up, my Mom was a real superhero in my eyes.  I remember the accident when I severely cut my chin and she rushed me to the hospital.  Then there was the time when I fell off sitting on a ramp rail and split my head.  Blood gushed down my neck and again my Mom came to my rescue.  She was always coming to save me.  This continued throughout my life and is still true to this day.

My biological father and Mom started a construction business together with my aunt and uncle from my mother's side.  The company was named "Kwan Wo".  My parents hoped to survive in America by working hard to earn an honest living.  However, in Kwan Wo's third year of the company, my father died.  I was only nine years old at the time.

My father's death was devastating for the company since he was the only one with an education in engineering and expertise in construction management.  It did not take long for customers, vendors, and competitors to take advantage of the company's vulnerabilities.  Even my aunt and uncle lost faith and patience in the company which was both losing money and reeling from the death of my father who had also been the leader of the company.  The financial stress strained the family relationship between my Mom and my aunt and uncle.  Eventually, my aunt and uncle decided to leave the company and was forced to leave their house.  My parents had been renting a portion of my aunt's house at the time.

My Mom hit rock bottom overnight.  She was widowed.  She was betrayed by her sister and became the sole owner of an unprofitable and dying company.  She had lost the place she called home and was left to seek shelter for herself and her three children, ages 6, 7, and 9.  She was in a foreign country with nowhere to turn for help.  My Mom contemplated suicide like her mother before her who also struggled with poverty and destitution.

But lucky for me, my Mom also inherited grandma's strength.

After weeks of crying, Mom found her new purpose.  She soon rented a house on 44th Avenue and Taraval.  There, she set up a new base for her new beginning.  She was determined to combat poverty, widowhood, single-motherhood, an unprofitable business, and depression with her one true talent: hard work.

Nobody works like Mom.  Nobody.  Even when running her upstart company in the early years, she did a part time job selling cars to continue financing her dreams.  When in school, she also always had a part

1

time job.  In her adult years up until this case, Mom averaged working 14 to 16 hours a day with few weekends off.

As a child of an immigrant family, I did not really speak English until I was in Kindergarten, despite being born in the US.  And even through fifth grade, I was far behind my classmates in my English grades.  When I started sixth grade, Mom refused to allow me to continue falling behind in my English grades.  She spent every night getting me to study and quizzing me on words for every upcoming spelling test.  But she would be so tired from work.  One night, she suddenly fell asleep in the middle of a list of words she was quizzing me on.  Mom was never good at English; however, watching her try so hard despite being so tired, I decided that night that I had to start studying on my own. My English grades gradually increased.  By the middle of the first semester of sixth grade, I had gotten to the point where I would get consecutive perfect spelling test scores.  Mom may not have been with me for many hours due to too much work, but she inspired me just the same.

Since middle school, Mom would not let me have one summer recess without me doing something productive.  She would take me to her office during the summer.  She would acquaint me with all the employees and asked me to essentially be their intern.  During those days, copier machines that could stack and sort paper were extremely rare and expensive.  Mom's company was too poor to afford one of those.  Instead, they had a cheap machine where I could only copy one page at a time before lifting the hood and manually swapping in the next page.  I had to open and close that hood all day.

Mom taught me to take pride in the work that first summer.  She taught me that even something so menial can be given high quality: the way the papers were stacked, and the positioning of the staple mattered to her.  I wasn't allowed to do a sloppy job.

Mom also taught me to always be courteous to her employees.  She would have me address them with the Chinese title 哥 or 姐 which means elder brother or elder sister as a sign of respect.  To this day, I still address those same employees that way as I did decades ago, despite now being their Chief Executive Officer after Mom's recent resignation.

When I was 18, in the summer between high school and college, Mom had more up her sleeve.  She assigned me to work for her general contracting company.  My job was to be a basic concrete laborer.  I will never forget the first day at this job.  I had to lug around a wheel barrel, filling it with concrete at the concrete truck and pouring it into a new concrete slab a hundred feet away.  The new slab was deep in a location where the concrete truck could not back up to.  I must have gone back and forth with the barrel eighty times that day.  When I got home for dinner, my arms were shaking all the way from my shoulders down to my fingertips.  I didn't fully realize how broken my muscles were until I got home when I could not even apply a tight enough grip on the doorknob to open our front door.  I had to knock my own front door to get Mom to let me in.  That night, I stuffed myself with four bowls of rice.  Mom watched me gobble it down.  I think it pained her to see how tired and hungry I was, but she smiled proudly, knowing that I was willing to do it without complaint.  That night, for the first time, she shared with me some stories about her childhood work life.

When I graduated from the Architectural Engineering program at Cal Poly San Luis Obispo, it was 2009 and the economy was very bad.  Unemployment was high, especially in the building engineering world.  Mom had introduced me to a friend and asked if he would consider giving me an interview.  She taught me to ask for no salary, but simply ask for an opportunity to show my skills first.  I did exactly as she instructed.  With some luck, I passed the interview.  But instead of paying me nothing, my new boss

2

offered me $40,000 right away.  Mom always taught me not to fear investing in others and give without always asking for something in return.  She said good things will come to those who don't fear exercising generosity.

The recession in the construction market was generally 2 to 3 years behind the general recession for other industries.  When 2011 came along, Mom's construction business was really struggling. One night my Mom was under so much pressure that she woke me up in the middle of the night, and in tears she suddenly asked me whether I think she should sell the company.  I was shocked.  I knew she loved the company, but I did not know it was in such a terrible predicament.  At this moment, I told her that before she concedes to selling the company, she should try giving me a shot at helping her fix its problems.  I felt that I was the living culmination of her hard work, her sacrifices, and her investment.  And I felt that it was time that she received some benefit for all she provided me.  I would have felt guilt and worthlessness had I not offered.

From that night onwards, Mom and I worked tirelessly to resuscitate the company.  My brother would join in soon after.  For two and a half years straight, we worked six to seven days a week.  I worked so many 16-hour days that sometimes I didn't even bother to go home.  On half of weekdays, I would brush my teeth at the company sink and showered in the company shower.  I slept in a sleeping bag which I snuck in and out of a plastic box to hide the fact that the CEO's son was sleeping in his office three nights a week.

We made bold changes to the company.  For one thing, we moved to a better location, where it was much more cost effective per square feet to run a business of our trade.  Together we invested in robotic manufacturing to vastly improve our productivity.  We changed our hiring scheme, and greatly improved employee benefits, including in dental care, health care, 401K, paid sick leave, paid vacation, and very large bonuses to foster greater employee satisfaction and commitment.  We directed management to be more open to ideas from their subordinates to make the company more innovative.  We created a meritocracy augmented by technology to operate in the millennia-old industry of construction.

Because we were so exceptional, our prices dropped.  Our prices frequently came in 10% to 20% cheaper than the next best contractor on San Francisco project bids.  This is a massive difference in the construction world where bid prices were more often just 5% apart between the first and second lowest bidder.  Our prices without a doubt saved taxpayer money.  Not only were our prices very attractive, but so was our product and our attitude about service.  In a dog-eat-dog world of construction, we actually established a culture of giving the benefit of doubt to customers and vendors and treating all other stakeholders in our little world with every drop of fairness that we could muster.  We started winning projects left and right from our numbers alone.

When I first heard about Mom's indictment in an online newspaper, it was shocking and surreal.  I never would have considered ever seeing my Mom's name in the newspaper, especially not in a negative way.  But the article was not what hurt the most.  What hurt the most was random online readers posting comments at the bottom of the internet article.  They called her names and one wrote, "you do the crime, you do the time".  This conviction by the public, before knowing any of the facts firsthand, and this brutal judgement of character before knowing who my mom really was and what she survived was disgusting, hurtful, and inhumane.  Very quickly, rumors and news spread like a wildfire.  Customers were starting to shut us out of projects.  Our competitors started taking advantage of the situation.  Our bank wanted to discontinue our line of credit.  Our bonding company wanted to stop bonding us.  It was like my father died all over again.

3

Mom was forced into resignation. I was suddenly thrusted into the role of CEO. Now having been the Chief Executive for half a year, the difficulty of the job has given me even greater admiration of Mom. Even with a living spouse, I could barely take care of the house chores while running this company. The thought of running this company if I had somehow lost my wife and had to raise three kids on my own horrifies me.

Mom frequently donated to clubs, schools, activism, and charity. She is to this day still the person that reminds me every year to donate. No matter how much I donate, she pushes me to donate more. She sees charity as both an honor and as her core civic duty. She also constantly reminds me to be generous to our employees. For example, I remember when two long-time employees retired, she gifted them a Rolex watch worth thousands of dollars. My mom was always generous with her family as well, despite the betrayal and disappointment she suffered during her hard times. She lent my cousin money at no interest, so that he could buy his first home. She is the one person that is always ready to help any member of our family, with no strings attached.

My Mom did all this while being the best a mother I could have asked for. She saved my life multiple times from sickness and injury. She taught me to spell despite dozing off from severe lack of sleep. She sacrificed her ability to learn English through conversing in English with her kids to ensure that her kids maintain maximum bilingualism. She paid for my art classes, martial arts classes, and piano classes. She provided me with a college education and encouraged me to follow my dreams. She is the sole reason I am an MBA, and a licensed Professional Engineer. She is the sole reason why I would ever want to be a CEO in my own right. She achieved all this in a life that started out in a small 30 to 40 square foot house with a family stricken with domestic violence, gambling addiction, substance abuse, hunger, and poverty. She has done so much for me, my family, and our community, that even knowing that she broke the law, I cannot help but be proud of her, especially how she has dealt with her transgressions.

I am proud of Mom for admitting her mistakes and taking full responsibility. I know she sincerely regrets her conduct and is deeply ashamed. Even through remorse and shame, I have seen Mom try and ensure that some good will come out of her pain by trying to set a good example for others. Tearfully, Mom even apologized to me, telling me that this act of hers has brought disgrace to our family. She concluded, "Maybe this was meant to happen. Maybe it was to teach me a lesson and make me better." I cried too. I had never seen her so solemn and so reflective. I cried because I felt like she should never have to apologize to me, since I know about everything she has sacrificed and how strong she had to be in order to give me a better and brighter future. The life I am grateful to be living now.

My Grandmother on my Mom's side had dementia. It is well known that hard-working people that are constantly stimulated cognitively are far more likely to develop Alzheimer's or dementia when stimulation suddenly drops. I want to be able to take care of my Mom, spend long hours with her, challenge her mind, and do what I can to prevent such an outcome. In her mid-sixties, her odds are far worse in prison. I know she has learned her lesson and will never break the law again.

Respectfully,

Kanger Shum

4

007

Jarrett Mao

28453 Coleridge Ave, Hayward

Email Address: jarrettsmao@gmail.com

Phone Number: 415-987-8126

To Honorable Judge William H. Orrick,

My name is Jarrett Mao, and I am the youngest son of Florence Kong. I am twenty years of age and am a student at the University of California, Santa Cruz studying Computer Science Game Design. Both of my parents were an active part of shaping me to become the person I am today. However, in our family, my mom always shown as a powerful role model to my siblings and me.

My mother was born into abject poverty in the slums of Hong Kong. There, she was primarily raised by my grandmother, so strong women have always been a part of our family lineage. When my mom moved to the United States, she started a company with her first husband while trying to raise three young children. However, she was soon left alone in a foreign environment as her husband unfortunately passed away. A mother with a fledgling construction company, and three hungry children to attend to. Yet even in these harrowing conditions, my mother persevered and turned her struggling construction business into a place of work for nearly 200 people. My mom has always faced adversity head on, in a business where white men comprise nearly all ownership of construction companies, she alone as an Asian woman has struggled and fought for everything she has now.

And even with all the struggles my mom has faced in her life, she remained kind never forgetting where she started from. My mom has continued to help provide jobs for Chinese immigrants and has been a strong member of the Chinese community in San Francisco. Talking to the Chinese community members there was not even one who did not know the name Florence Kong. She proudly donated money back into the Chinese community in hopes that they would not have to face the daunting task of trying to make a living in a foreign country alone. These values of community were ingrained in me from a young age, and when I had the opportunity to exact change in the San Francisco Youth Commission I took it. While sitting on the commission, I authored a resolution that supported the erection of the Comfort Woman Memorial despite the protests from the Japanese government.

Furthermore, my mom has always been a strong champion of education. For my mother, education was her gateway out of poverty and instilled these values in me and my siblings. She always gave back to the community, often donating to the schools and universities that my siblings and I attended. She taught us all to be life-long scholars, constantly taking opportunities to learn new things. My mom is a headstrong woman, often jumping to do something without truly having thought through the possible ramifications of her actions. She learned to be decisive because it was the only way to survive for a single mother with three children. My mother, like all humans, fumble and makes mistakes that she wished she could turn the clock back on. My mother regrets the poor decisions that she has made which led to her being charged in this case.

For me, my mother will always be one of my heroes. She has shown to me what a person's willpower and inner strength can truly do. As I slowly move from being a student to a working adult, I have come to realize that family is not a right but a luxury. Despite everything, I stand by my mother.

Jarrett Shi Yan Mao
12/06/2020

Kelvin Shum
3508 Suter St
Oakland, CA 94544
kkfshum@gmail.com
(510) 610-8862

To Honorable Judge William H. Orrick:

My name is Kelvin Shum and as Florence Kong's son, I have known her for nearly 33 years. For the last 8 years, I have also been her employee at Kwan Wo Ironworks. And in the last few years, she has grown to trust me as an advisor at work and at home.

Unlike most people, my mom became my hero in my rebellious teenage years. My father passed when I was 7, and she suddenly found herself with his startup construction business she was not trained for. And left with three rowdy young children. We were notorious amongst relatives and teachers alike.

My mom met this circumstance with undisputable courage. She worked arduously in a male-dominated industry that doubted and undermined her. She proved them very wrong, taking the startup from building residential fences and gates to a corporation constructing public schools and hospitals. Despite these long hours, she made it a priority to be present at family dinner every night. While she hired help for the food and laundry, she always found time and energy when a life lesson needed to be taught. These lessons manifested as countless arguments that often ran into the early mornings. But she never yielded, always demonstrating that these lessons were her highest concern. In what little spare time she had left, she would also attend, sponsor, and organize charitable events. Through all this, she also found time to change her lifelong habit of tardiness.

I revered her. I worshipped her hardworking ethic, moral compass, but most of all her ability to change. She sat at a platform no one could contest. I wanted nothing else but to be just as heroic.

But they say we should never meet our heroes. And when I went to work for my mother at Kwan Wo, I saw my hero up close every day, from the morning at work to the evening at home. As a new graduate, I was young, energetic, and ready to prove myself. I was eager to apply my 23 years of education to the family business, and to show everyone how my work ethic is in league with my mom's. I sought to make changes to the way the company operated, hoping to provide more accountability in leadership, improve employee performance, and increase compensation. While I anticipated push back from the staff at having to do things differently, I did not expect the same rhetoric from my mom. Many of the qualities I admired as a child seemed an obstacle to our progress and our relationship was tested as I became frustrated with her stubbornness, thinking she did not place enough trust in my loyalty, dedication, and sacrifice. This conflict went on for several years, and at times I did not believe we would ever reconcile.

But she again reminded me why I put her on a pedestal in the first place. Her ability to change.

Against all my expectations, she began to believe in me. She began to show openness to new ideas and new approaches. She demonstrated a recognition of her limitations that allowed us to rebuild our relationship into one based on mutual respect. Just as I began to feel myself becoming stiff, stubborn,

and inflexible in my dealings with her, she proved it was still possible to grow and change at the age of sixty. And so, we pushed each other to continue to improve ourselves for the better.

With age and with more maturity, I have come to realize humans are flawed. And as much as we might wish otherwise, our parents are not exception to this. My mom is also a flawed human, but I still value the lessons she has taught me. The impact it has made on my character is invaluable, and I believe my moral compass was developed from her principle of being a positive impact on society.

Although she has resigned from the company, I still regularly speak with my mom. We have discussed her mistake, the events leading to them, and how she could have done differently on multiple occasions. Having seen my mother both stubborn against adversity and regretful of her mistakes, I have no doubt she is completely remorseful of her wrongdoing. She is ashamed of her actions and burdened with guilt of letting down all the people that have come to rely on her. Over the last 33 years, I have come to know what will catalyze my mom to change. I know the nuances in her speech and behavior that reveal a commitment to a change. I am certain she is more motivated to improve than any other time in her life.

Your Honor, in my humble opinion and through my personal journey, I believe recognition of wrongdoing is the first step to improvement, and opportunity is the next. Having seen her more forthright in admitting fault than any other time in my life, I believe she is ready to take the next step in changing for the better. With utmost respect, I believe she can and will better repay society by contributing to it in good deeds. So, I humbly ask you consider leniency in her sentence.

I support her. And I will support her to be a more positive part of society.

Sincerely,

Kelvin Shum

1/13/2020

December 7, 2020


Annie, Jeff, and Rodney Chan
7718 SE 120th Place
Portland, OR 97266

To Honorable Judge William H. Orrick,

We are writing this letter in support of Florence Kong.  Annie is Florence's aunt-in-law and Jeff and Rodney are Florence's cousin-in-law.  We have known her since 1984 in Hong Kong and we maintained contact with her after we immigrated to the United States.

Florence is a kind, caring, and hardworking immigrant, who with her spouse, worked tirelessly to build up her company from a family operation to an operation that provide employments to countless immigrants and citizens alike.

When our family first arrived in the United States, Florence helped us substantially, assist us to buy medical insurance (a concept we did not understand because we had National Health Service back home), act as our interpreter and review letters and legal documents (lease agreement, home titles, etc) for us.  She continued to help us with these matters long after we moved to Oregon by phone or by fax.

In 1995, when Florence lost her husband (my nephew and my children's cousin) and her own business was having difficulties, at the same time, our restaurant failed and at the time, my husband went into deep depression and Oregon was in an economic depression, Florence gave us a loan to tie us over when my family had no income.  In 1996, as Florence worked hard to organize and save her company after her husband's passing, Florence offered me employment with her and a place to live in her home.  This employment was the sole income for our family of four at an extremely critical time.  Without her offer of employment, we would have lost our home and could highly likely be homeless in Oregon.  Her employment and financial support provided stability that my family needed and allow both Jeff and Rodney to complete high school and onward to university.  Today, Jeff and Rodney both hold a Master's degree and working for major corporations in the United States because of Florence selfness act.

It is unfortunate Florence that she made these mistakes, but we believe that her overall character far outweighs the mistake she made.  We sincerely believe that she learnt from them and truly remorseful of her action.  We respectfully asked the Honorable Judge to give Florence a chance and allow her to continue to do goods in the community.

Sincerely,

Annie, Jeff, and Rodney Chan


Sent via electronic mail to: Mr. John Runfola, Esq, john@johnmrunfola.com

Fai Chan

515 Sylvan Ave

San Mateo, CA 94403

Nov 20, 2020

Dear Honorable Judge William H. Orrick,

My name is Fai Chan. I am 65 years old retiree currently helping my daughter care for my grandson. I've known Florence for nearly 40 years. I consider her a close relative and dear friend. Although technically we have no blood relation; she is my late husband's cousin's widow.

I first met her in China in the early eighties while travelling to China from San Francisco. My late husband, Willie, and I were travelling to visit his elders for Chinese New Years. At the same time, Florence and her future husband, Raymond, were had traveled from Hong Kong to visit the same elders. Although they were students with little income, they brought gifts of food and clothing everyone as most of China was impoverished. They even bought a watch for their favorite uncle. I could see they were genuinely kind and generous people.

I got to know her a lot better a few years later when they came to visit us in San Francisco. I found her to be a very sociable person; she got along well with our children and was well regarded with the elders. At this point, she and Raymond got married and wanted to look at the education and government system of the United States and potentially immigrant here. So, Willie and I tried to help them to immigrant and establish with an H1-b visa. Not long after, they were here with their 3 young children to start a new life.

A few more years later, my husband and I ran into some financial problems. So, we took a second loan from our investment property. The real problem was Florence and Raymond had some shares in it and we did it without their knowledge and consent. This didn't resolve our financial issues, and eventually we had to foreclose the house.

They lost over $40,000 in the process.

$40,000 they couldn't afford to lose. They were renting small unit and all their children's clothes and toys were hand-me-downs from relatives. I assumed they would never speak to us again.

Although we were disconnected for several years, I learned she would face many more hardships. At 37 years old, Raymond passed from liver cancer. She was left to succeed his small construction business and raise three children ages 6 to 9. She knew nothing of the male-dominated industry, her children were rambunctious to say the least, and English was still a second language. This was undoubtably the most difficult time in her life.

But she persevered. She grew the company and raised her children: her two sons, graduates with high marks and leaders in the company and her daughter a doctor. But that wasn't what I was most impressed by. During this time, she came to forgive my husband and I without condition or our apology.

We were too embarrassed, ashamed, and prideful to admit fault. Nor did we want to be responsible for the $40,000 despite finally overcoming our financial problems and finding some small wealth. But she not only reconnected but treated me like a dear friend.

I had ran into my share of life events. I discovered my husband's ongoing affair and extramarital child. Initially, I was unsure of what to do. But Florence's courage through her hardships gave me confidence to meet mine. So, I took our four children and moved out. After raising them into adulthood, my husband passed from a heart attack. We were honored by the wonderful things she said about him at the funeral. If anyone should not be convinced of her kindness, generosity, and general character through this point, she should prove them otherwise afterward. For life's ugliness followed shortly after the funeral.

Willie's girlfriend, Gloria, made a grab for all his assets. While all our shared relatives stood silent, keen on the practical benefits of keeping on Gloria's good side and wealth. Florence was the only person looked objectively and for fairness. She was the only person that stood on my children and my side. She unconditionally helped gather information for us to justify our fair share of Willie's assets.

From China to her unconditional forgiveness, I knew she was a kind and generous person. Through her hardships, I am inspired by her as a dedicated mother. Against the communal tide, I came to know her also as a righteous and just person.

We have talked many times since her misstep. And she's expressed many times this is the worst mistake she's made in her life. I truly believe she is remorseful of her actions. I believe given her exceptionally kind and generous character, she could and would better repay the community outside of prison. Your honor, I humbly ask to consider leniency and enable her to repay the community in contributions.


Yours Sincerely,

Fai Chan

**Black Sheep Food Corp**
443 Marin Drive
Burlingame, CA 94010

To Honorable Judge William H. Orrick

Thank you for taking the time to consider reading my letter about my aunt, Florence Kong. My name is Kerry Chan-Laddaran and I have known aunty Florence my whole life.

Aunty Florence is positive.

In my teens, I spent many summer nights living with her and my uncle, her late, first husband, Raymond at their condo in Hong Kong. They were a young, hardworking, and good looking couple full of ambition and determination. I remember their optimism about a world they believed was full of opportunities. They often talked with gusto about their future, how to improve as human beings, and how to create a good life for their family. Being around them was one of the most positive influences I am fortunate to have experienced in my life.

Aunty Florence is tenacious.

The cards that life has dealt her would have made anyone fold. Every time she achieved a little happiness, life threw her a curveball.  I've seen her idealistic and naive enthusiasm in Hong Kong be replaced by humility when she immigrated to the United States, jobless and insecure. I've seen determination turn into pride for their hard work building a small business. I shared their joy when they achieved their American dream, buying their first home and welcoming their third child. I saw the struggle when uncle Raymond fell ill, and bear witness to Florence's pain and pity when she became a widowed, single mother.  Through it all, she never hesitated to help others and her family. She was a "yes" woman. If you asked her for help or was stuck in a problem or situation, she was determined to find a way and a solution.

Aunty Florence is loyal.

My father was uncle Raymond's blood cousin and was instrumental in helping them immigrate to the U.S. My father helped them navigate through the business of building and real estate development and introduced them to the Asian American community in the San Francisco Bay Area. When my father had financial troubles, Florence defended my dad, and stood by  him helping him with bookkeeping, administrative and business affairs. She spent many nights at our house doing paperwork to help my dad get organized. She was always willing to do whatever she can to help.

In a more personal example of loyalty, Aunty Florence stood by my mother's side and helped her navigate through family drama when my parents separated. She was the only one who recognized my mom as her true family in-law, despite my father having remarried. She was always there with advice and support for my mom. This is significant to me because it showed her commitment to being a woman and supporting one another.

**Black Sheep Food Corp**
443 Marin Drive
Burlingame, CA 94010

Determined, positive, tenacious and loyal, Aunty Florence has become successful in family and in life due to these traits.

Coming from nothing to something and believing that people who support her is what helped her overcome life's adversities is what drives her to show her gratitude in the most uncommonly grandiose ways. From what I know of my Aunty Florence, her actions don't come from a place of self importance, ego, malice, intent or manipulativeness. If anything it comes from a desire to please and pay respect to the people who have shown her kindness and support.

Self improvement is especially challenging because we are minorities with a different culture and outlook. Our ideas of social norms and behaviors common in the United States is seen through a different perspective that is created by our culture, upbringing and personal experiences. Sometimes we make mistakes because it seems appropriate through our lense. It is important to understand where or why the person making the decision thought it was acceptable at the time. Equally, it is important to be corrected and change the way we do things moving forward.

Aunty Florence made a mistake. She will be someone who will reflect on it and change. I know and believe firmly in her ability to reverse course and perhaps become one the most fervent and strongest advocates of the issue of integrity in business practices in hopes that no one ever makes the same mistake as her.

With Regards,

Kerry Chan-Laddaran



Eva Mo
History Department
Business, Behavioral and Social Sciences
Modesto Junior College
(209) 575-6105
moe@yosemite.edu

December 10, 2020

To Honorable Judge William H. Orrick

My name is Eva Mo and I am sister to Eric Mao, husband of Florence Kong. I have been a History and Women's Studies college professor for over two decades, about the same amount of time that I have known Florence.

I remember when Eric first told us they were marrying. Our family was ecstatic, finally the only boy of us siblings had found a kind and generous person (we were concerned during his earlier years). My point is that from the very beginning, Florence had shown herself to be thoughtful and caring. She was attentive to our parents, because that is what you do when you are a dutiful and respectful daughter-in-law. She was consistently at my parents' house making sure they were never in want of support. In many ways, Florence comes from that Chinese tradition that demands a certain kind of protocol and comportment: how we carry ourselves, how we always act with respect, how we communicate, how we pay respect (including gift giving). Florence has always been generous; it is simply part of her personality and culture. Because she has worked hard and is quite successful, it is culturally incumbent upon her to be generous. I remember the many times that she and my father fought over who pays for dinner. In fact, you probably already know that Chinese people are known for this kind of generosity, it's imprinted into our social fabric, whether we are immigrants or were born in this country. I was born in San Francisco, have lived all my life in the United States, but I too still feel this cultural pull to "act appropriately."

I also want to mention that Florence is an extraordinarily talented and hardworking businesswoman. This is important considering that in our American environment, things are very much stacked against women, especially against women of color. The fact that she has grown a business that is traditionally dominated by men, and perpetuated through male comradery and connections, shows not only her grit and tenacity, but also her talent to overcome common sexist adversity. This is an area where I have personal interest because I teach Women's Studies. I remember conversations that we had about the difference between her experiences in Hong Kong and the United States, and how much more sexism she had to deal with in our country, sadly. It was a learning curve for her to adapt to what was needed in order to be successful here. She has made mistakes in the past, but she has learned from them. She is always trying to learn to be better. What is clear from her work is her commitment to her employees, her family, and the value of the stability that she has built within our community. We are better off having her in our lives.

In all my interactions with Florence, I always find her to be honest and forthright. In fact, she is honest to a fault, but then again, this is also very Chinese. One always knows what she is thinking, she is transparent and is open with her opinions. This way of being can be a bit rough when it comes up against western American culture. An American stereotype would describe us as 'inscrutable'. But this description is not objective. It comes historically from the clash of two cultures, where there is misunderstanding not from mendacity, but simply from cultural difference. This is where immigrants are at a disadvantage. Learning to do things differently sometimes takes a lifetime. Florence made a mistake. I know that she is remorseful for her actions not just because it was wrong, but also because of the harm this mistake has cost the people she loves and who love her back.

I hope that all the great she has done would speak in her favor. Thank you for your time.

Sincerely,

Eva Mo
History Department
Modesto Junior College

017

To Honorable Judge William H. Orrick,

My name is Jerry J Huang and I am a step nephew of Ms. Florence Kong.  Aunt Florence and I met around 1998, shortly after I moved to the US.  Throughout the 22 years, we have spent many wonderful family gatherings together, and I also had the opportunity to work in Aunt Florence's Bay Area Metro radio station.

Like many Chinese descendants, Aunt Florence always prioritizes the importance of family.  She is always very inclusive with each family member, whether it is a celebration, activity, or event.  For someone like me who came in as an outsider to the family, I have always felt included with Aunt Florence and her family.  I remember during her first son, Kanger's graduation year, she graciously invited me to take a road trip with her family to Cal Poly for his celebration.  During this trip, she took care of all my food and lodging and treated me as if I was one of her children.  Thanks to her kindness and generosity, it not only allowed all the step cousins and I to build a closer bond, but also expanded my view in parts of California I would have never seen.

This is not to say Aunt Florence does not know how to give out "tough love".  During my two and a half years working at Bay Area Metro radio, she was one of the driving forces that motivated me to come out of my shell.  I had somewhat of an introverted personality and it took much effort for me to express my opinion and speak up.  However, Aunt Florence would encourage me to learn how to record sound bytes and commercials, or chime in during a live broadcast.  I remember one time she asked me for my email and I told her the silly name, "ultragunner5000".  She told me in a firm tone that I should reconsider the seriousness when it comes to my email name or it will be difficult for people to take me professionally.  From then on, I have carried her lessons to heart and proactively improve everyday in my profession.

The Aunt Florence I know has a lot of drive.  She cares very much about her family, community, and success.  In business, there's always a possibility of crossing a "fine line" while making accomplishments and moving the company forward.  Unfortunately, this is one of those times when mistakes were made on her end, but I truly believe that she acknowledges this.  Just as I have learned and matured from the opportunities she has given me, I trust that she will learn and grow from her experiences and become an even better citizen for the future.

Thank you kindly for your attention,

Jerry J Huang
12/24/2020

018

**Alfred Chan**
1986 Quesada Ave
San Francisco, CA 94124

---

November 30, 2020

Re: Florence Kong

To Honorable Judge William H. Orrick,

My name is Alfred Chan and I write to you today in order to provide a character reference for my aunt, Florence Kong whom I've known for the entirety of my life. I was both troubled and surprised to hear about her recent case as Florence has always been a stand-up person and a major positive influence in my life. It is for this reason that I write a letter of reference for Florence Kong regarding this matter. I understand the seriousness of this matter and hope the court will show some leniency.

I can say, without hesitation that my aunt, Florence Kong has always been a supportive and positive influence within my life. Throughout our relationship, she has always been there for me as a family member acting as the leader in coordinating all our family gatherings. She was always welcoming and would often invite me and my family to dinner and banquets. My fondest memories of my aunt would always be from the annual holiday celebrations that she generously hosted within her own home.

In addition to our relationship as family, Florence has been a significant role model in my life by providing me with opportunities at her company, through internship programs & apprenticeship. I graduated from University during the period after the 2008 financial crisis and if it were not for the opportunities she's provided me as well as the professional guidance, I would not be the person I am today. While I was surprised to hear of the misconduct, it comes a no surprise that she is ready to accept the responsibility for her actions. I believe that as we move forward, she will emerge a better person. In short, Florence Kong expressed a deep sense of remorse in making such a serious mistake and I believe in her ability to pay debt to society.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Florence Kong to be an honorable individual, a valuable member within my life, and a good human being.

Sincerely,

Alfred Chan

019

Marvin Koo
1644 Branham Lane Unit B
San Jose, CA 95118
415-215-3780

To Honorable Judge William H. Orrick:

Your honor, my name is Marvin Koo. I have known Florence as a family tribe member for over 30 years.

Florence has and continues to be an influential figure in my life. She has an incredible work ethic and unwavering loyalty to her community. Her compassion is a virtue found in the best of all Samaritans. Everyone who encounters Florence gravitates to her incredibly kind and sincere personality.

Florence's character embodies the entirety of the word empathy-- especially compassionate empathy. She completely feels someone's pain and struggles and takes actions to help. I have an older brother on the autism spectrum and growing up in an Asian Immigrant community; this fact becomes a Scarlet Letter on one's family and legacy. Most people stare and whisper and reinforce the irrational shame that you feel to have an autistic brother. However, Florence provided a sense of normalcy for my older brother. She always invites him to any public and private gathering and embraces him as a proud and protective parent. It is not surprising to me that despite all his developmental conditions, he asks about Florence at least once a week and reminisce on all the fun he has when he is with Florence. The compassion to cut through all the societal taboos just to make sure my family and I feel included is just special. And as I have come to realize, Florence's trait is rare and hard to come by. Our society does not have enough people like that.

Growing up Asian American in an Asian immigrant community comes with unnoticed challenges that only someone like Florence recognizes. Where most people are overwhelmed by fear and rejection, Florence embraces and advocates for the most vulnerable ones in the community. She provides a roadmap to be brave and seek out uncomfortable things in your quest for success and building a legacy. I have no doubt Florence is her own worst critic and will continue to be remorseful for the rest of her life. I am confident that she will keep this remorse sacred. Most importantly, I believe she will carry this grave mistake and make sure it resonates to everyone in her community who aspires to be a good citizen and contributing member to society.

This is my statement of support for Florence Kong.

Sincerely,

Marvin Koo

November 24th, 2020

Honorable Judge
United States District Court

Re: Defendant Florence Kong

Dear Honorable Judge William H. Orrick,

My name is Selina Lee and I am the Executive Vice President of a Michigan-based telecommunications company. I reside in the State of California with my husband, Kanger Shum, who's the first son of Florence Kong. I am writing this letter in regard to the court case relating to Florence Kong and would be grateful if my letter will be taken into consideration when determining the sentencing for her.

My first encounter with Florence was back in 2011 when I took the position as the Executive Director at the Asian Pacific American Community Center (APACC), a 501(c)(3) non-profit organization located in Visitacion Valley, San Francisco. Florence was one of the Board of Directors and she was introduced to me as a successful businesswoman owning an Ironwork company and a Chinese-language radio Station in the Bay Area. As a 22-year-old young woman who just graduated from UC Davis, Florence's driven, ambitious and bold personality was very impressive. I admired her for being a female minority business owner in a male-dominated industry and had always wondered how she did it. I also respected her involvement within the Chinese community and especially her cares for the elderly. Around this time, I worked with her son Kanger to organize a fundraiser for the San Francisco Chinese Club in 2012. After this fundraiser,I took a multi-year adventure to Hong Kong and did not keep contact with Florence.

Shortly after I returned to the United States in 2015, I started a romantic relationship with Kanger. I was once again introduced to Florence, only this time it was on a personal level. I was shocked by how different Florence was in private compared to in public. It turns out that at home, Florence was a stereotypical Chinese "tiger mom" that you would see in any immigrant family of modest background. She pushes her kids to reach for success, yells at her youngest kid for playing too many computer games, and pushes her kids to earn performance level certification in piano. Most strikingly, She is a very loving mother who would take time out of her busy work schedule to cook dinner for the family whenever she can, give constant reminders to her kids for little things like bring a jacket and drink more water throughout the day and seize every moment she can take to show her affections to the kids. This was all very unexpected for a founder and CEO of a company with over a hundred employees.

Being raised by a single dad since I was six, I started to understand why she was a completely different person when she's in the public eye as I learned more about Florence's life. She lost the love of her life – her first husband when Kanger was only 9 years old. She had to raise three young children while taking care of a business that her husband had left behind. She had to work extremely hard to understand all the technicality of the Ironwork industry in order to

ensure the sustainability of the company. She had to make sure that she had the resources to provide her children with a decent environment for growth and sense of normalcy despite losing their father at a very young age. She had to be tough and strong to overcome any difficulties facing her and her family. She had to be bold to make sure that vendors, customers, and employees would not take advantage of her being a widow with three young children. Imagine her constantly being at a business negotiation knowing that she was a widow with 3 young kids. She would have to accept even the worst offers. She had to do anything she could to protect her children and give them the best she could. Everything she had done was a byproduct of maternal love and survival instinct, whether it was something right or wrong in the eye of other people.

Because of all the hard work and sacrifices my mother-in-law had made, she has raised four children who are integrous, passionate, kind-hearted and successful in their own way. Kanger is a Professional Engineer and MBA who has now taken over the family business with his brother Kelvin to ensure that 160 families have a stable income to get through this difficult time while Leona is a doctor in the frontline fighting against the pandemic for the country. Florence has always encouraged her children to contribute to society in every way they can and all of their successes should be attributed to her dedication to her children.

My mother-in-law made a mistake that cost her everything she had. She has ruined her reputation within the Chinese community; she has lost respect from families and friends; she has lost her dream home; and she is now facing the possibility of losing her opportunity to be part of her children's lives as they enter the new page of their lives. If she is being sentenced to serve jail time, she will miss Kelvin's wedding, Jarrett's college graduation, and probably her first grandchildren's birth. As Kanger and I are trying to expand our family, I would love for Florence to be there for every step of the way; I would love for my child to meet his/her grandma when he/she arrives in the world, I would love for the kids be able to grow up around their wonderful grandmother who I trusted would teach them the right values and morals because she has learned her lesson. I look to have Florence help guide Kanger and me on how to raise our future children as I believe she has raised 4 wonderful kids.

I understand that my mother in law has pleaded guilty for this case. I am writing this letter to provide a fuller picture of who she is as a mother and I respectfully request that you consider my mother-in-law's circumstances, as it would be heartbreaking to see her miss all the important life events of her children that she had longed and worked all her life for.

Sincerely,

Selina Lee
Daughter-in-law of Florence Kong

Vivian Ton
618 Hemlock Ave
Millbrae, CA 94030


10/17/2020


To the Honorable Judge William H. Orrick,

My name is Vivian Ton.  I currently teach 5th Grade at the Academy of Alameda.  Florence
Kong is the wife of my late uncle, my mother's oldest brother, which means that she is my aunt.
Aunt Florence has been a big part of my childhood and upbringing.  Her children, Kanger,
Kelvin, Leona and Jarrett are all around the same age as me.  There would be many occasions
that we would all have family playdates and celebrations together.

Growing up, Aunt Florence was a strong female figure that I looked up to.  I have volunteered at
many of her company events, selling raffle tickets and helping out when needed.  This allowed
me to see Aunt Florence as a hardworking leader.  I have also attended many of her company
dinners, which have allowed me to see the close community my aunt has built with her
employees.  When my mother was suffering from depression and needed to be hospitalized when
I was a child, Aunt Florence was also there to reassure my mother that she would be there to help
take care of my brother and I.  Once my mother recovered, we continued to have a close
relationship with her and her kids.  Aunt Florence also hosts our family Lunar New Year Dim
Sum breakfast every year, which allows our entire family to reunite and come together now that
we are all adults.

I am sure this has been a very hard time for my Aunt Florence .  She has always made sure that
we grew up knowing the value of hard work.  Because of this, I know that she is remorseful of
her actions.  If given the chance, I know that she would put forth her most positive characteristics
as a member of society.  I support her despite the mistakes that she has made.

Thank you for your time.


Sincerely,
Vivian Ton

**To Honorable Judge William H. Orrick,**

Thank you for giving me an opportunity to show my support for Florence Kong. My name is Myrna Zhang and I am Florence's daughter-in-law. She is married to my husband's father. I've known Florence for 9 years. I can't say that we are exceptionally close, but I've always looked up to her.

I mostly see Florence in family gathering, dinners, and parties. You can't miss her in the sea of people, she has a personally that everyone gravitates toward. She is usually the host of the party where she welcomes friends, families, employees, friends of family, friends of employees, friends of friends, and family of employees. One would think that someone like her would be the life of the party, mingling with everyone and enjoying the party, but often times you would also find her in the kitchen washing dishes, cooking, and cleaning.

It's hard for a woman to run an entire company, let alone in such a male-dominant industry, but she did it by taking care of her employees. I look forward to her annual company dinners where she brings family and colleagues together to celebrate their achievements. The idea of an annual banquet for employees is honestly unheard of in Chinese owned companies. It is there that I see the admiration of her employees towards her. It is there where I see her generosity, her impact, and how much she has accomplished. To think she did built her company as a widow with three small children really speaks to how incredible she truly is.

Honorable Judge Orrick, Florence has learned from her mistakes and is remorseful. Please know that there is no less than a small troop of people holding their breathes helplessly hoping she will be ok. It has been hard the last couple of months not knowing what I can do help her. Do I ask her about it? Do I not? How is she feeling? Is she sleeping okay? All of these thought runs through my mind. This is why I am grateful for this opportunity to finally do something for her.

Honorable Judge Orrick, thank you for your time. I will support Florence despite her missteps. We will get through this together. We will show her all the love that she has given us all of these years. We are here for her.

**Kind Regards,**

**Myrna Zhang**

Jonathan Mao
3630 Irving St.
San Francisco, CA 94122


To Honorable Judge William H. Orrick


My name is Jonathan Mao, and I was born and raised in the Bay Area, Piedmont, California, to be precise. As an adult, I fully recognize how lucky I was to be brought up in a safe area with an excellent school system, and like the majority of children these days, my parents divorced when I was 13. This is how I came to know Florence Kong for more than 27 years of my life. She is my stepmother.

I often like to reserve judgment of character until I am fully confident that my assumptions are generally accurate, and in this case, I feel I'm fully qualified to express myself. I have known Florence through my adolescence, as a young man, and as a father.

Florence came into my life after my parents divorced, so I had every excuse to be angry with her as a teenager. But she never gave me one, and I never was. She's always been generous and kind to me, but I was just concerned with honesty at that point in my life. In retrospect, this is probably a pretty common thing for kids with divorced parents. And one thing I can vouch for is Florence has always been honest with me, in all my years knowing her. Even though there is a pretty large language barrier between us, she's always been straight and upfront with me. She's told me things I didn't want to hear but needed to hear. Besides being generous, nice, a pillar in the Chinatown community, she has always been someone I can go to for honest and ethical advice.

As a young man, I was lucky enough to pursue higher education down in Southern California at the University of California at Irvine. I only came home during major holidays for a short time, but Florence always made time for family during those times. She was still there at my grandparents for Thanksgiving and Christmas. Every time I came up, I would see her. And even though we have a language barrier, I would always need to check in with her for a dose of short, concise, honest guidance.

Florence's work and community service have often taken up much of her time. She has even run a radio station for the Chinese community in San Francisco. Even with all her professional obligations, she set a clear example of always making time for family for me. Not only making time for her immediate family but frequently bringing us together with her first late husband's family. Florence always could bring people together, no matter what background. And to me, she's a clear example of not just a business or community keystone, but one of family. As the proverb goes, a family in harmony will prosper at everything.

*"Anthropologist Margaret Mead was asked by a student what she considered to be the first sign of civilization in a culture. Mead said that the first sign of civilization in an ancient culture was a femur (thighbone) that had been broken and then healed. Mead explained that in the animal kingdom, if you break your leg, you die. You cannot run from danger, get to the river for a drink or hunt for food. You are meat for prowling beasts. No animal survives a broken leg long enough for the bone to heal. Broken femur that has healed is evidence that someone has taken time to stay with the one who fell, has bound up the wound, has carried the person to safety and has tended the person through recovery. Helping someone else through difficulty is where civilization starts. We are at our best when we serve others. Be civilized."*

I'm now a father trying to navigate my family through our country that seems to have partly lost its moral compass. This quote from Mead shines a light in my heart, but also on a recent memory I have of Florence's character. My grandfather recently passed away. Our family was broken, and during the funeral, my father and aunts tried to hold the ceremony together. It was very hard for them, though, not knowing all the traditional Chinese customs and most of all not being fluent in Chinese, all the while dealing with the loss.

I can very clearly remember my aunts running around unsure of what to do and what to say. Lost in a sea of foreign customs, blow around with the emotions of the moment. I think Florence saw this too and, without anyone asking or any prior planning, proceeded to help guide and direct everyone through the situation. Everyone. She had the kids making the gift envelopes in the back that my aunts forgot about to give out after the ceremony. She had my siblings and me helping with forgotten details and customs. She was there emotionally for all of us and my father. And most memorably, she was there to speak in Chinese to the relatives that could only understand the language. She helped our family heal when we had broken our leg, and for that, I will always be thankful.

Thank you for your time. I've tried to make this short and still show a glimpse of 27 years. I hope in some way this helps us all stay civilized.

026

*[Translated from Chinese to English]*

Shan Xin Chen
52 Lois Lane,
San Francisco, CA 94134
November 3, 2020

To Honorable Judge William H. Orrick,

    I am Florence Kong's uncle on her mother's side. Florence is a humble, honest, kind, and hardworking person. I have been watching and noticing how she has managed to develop her steelworks business from a small to a leading and successful company in San Francisco. Florence pays high respect to the senior family members with frequent visits or invited them for a gathering over meals or entertainments, and regularly sent for her regards by personal phone calls. She is always friendly and amicable to other people and treats her employees fairly with care, patience, and attention.

    When I came to San Francisco as a new immigrant, she gave me a watch to encourage me to overcome hardships in making a new life here. When I started running a restaurant, she assisted me in filing all the license application documents and generously awarded me financial support. I am very grateful to her, for without her help and encouragement over the years. I would never have realized my American dream with my own house and daily needs here.

    Florence Kong is a person with a good nature and is eager to help others. She has admitted her mistakes with deep remorse and regrets and is determined to evolve and never repeat mistakes she had once inadvertently made.

Thanks!


Respectfully yours,


Chen Shanxin

*SHANXIN CHEN*

Shan Xin Chen
52 Lois Lane,
San Francisco, CA 94134


尊敬的 William H. Orrick 法官大人,

    我是江苑珊的舅父,我看著她在三藩市一個小生意發展到現在百多人的大生意,是一個聰明勤奮的人,她不祇經營生意做得好,還是一個尊敬長輩的人。每逢過節假日,都會電話問候或上餐館向我問候,非常念舊。

    記得在我剛來三藩市的時候,她送我一個手錶,鼓勵我克服困難,知難而上,創造生活。當我經營一間餐館的時候,無論是英文上或經濟上,她都幫忙很大,很感激她的鼓勵和幫助,使我現在有屋有車,完了我的美國夢。
    這樣一個熱心助人的好人,犯了錯誤,勇敢承認過失,對我表示非常後悔,決意重新做人,不會重蹈覆轍。

陳善新



028

Wayne Chen
178 Guttenberg St.
San Francisco, CA 94112
415-601-0271


To Honorable Judge William H. Orrick:

My name is Wayne, and I am writing in support of Florence. She is my aunt and has been an important figure in more than 30 years of my life. She was not just an aunt but also a mentor whose empathy and selflessness has had a positive influence on me both personally and professionally.

When I was young, I did not grow up with much as my mom was raising me as a single parent and lacked the normal experiences of most children. My family did not have much money remaining to travel, which caused me to be a sheltered child growing up. Being a person that emphasized my mom's challenges as having lost her first husband herself, she would both support my mom emotionally and find ways to help in my personal development. She would invite me to travel with her family which allowed me to gain experiences that I may not have had otherwise growing up. I remember fondly when she brought me to Disney World in middle school as I have never went to a themed park before during the summer. While on the surface, it appears to just be a leisurely trip, it provided me with a childhood full of love and support.

Despite being a busy woman running her business, she would also invest her time into family and future generations so that they had the best chance to succeed in the future. She also offered me an internship to gain work skills before I went to college, which has helped set the foundation for me professionally. She would consistently check on how I was doing in school and if I had figured out what career I wanted to pursue. Now, I can proudly say that I was the first generation of my family to have completed college and have continued to get my Doctorate of Pharmacy degree. As a practicing pharmacist, I follow the same principles she has taught me to provide the best care to my patients. I also pay it forward by mentoring and teaching pharmacy students in community events and internships.

I know that Aunty Florence is remorseful for her actions and I believe that she will learn from this to make positive changes. I will continue to support Aunty Florence as she has been an invaluable mentor and figure that has taught me to be resilient and to always invest back into your communities, and I know she will continue to do so in the future.

Thank you for your time.

Sincerely,

Wayne Chen

1810 19TH AVE.
SAN FRANCISCO, CA  94122

11/25/2020

Dear Honorable Judge William H. Orrick,

My name is Chun Pong Kong.  My friends and my colleagues call me Dennis.  I am a nephew of Florence Kong.  I live in San Francisco and work at ON24, Inc. as a Sr. System Administrator.  I am married and have 3 little daughters.

When I was a little kid, Auntie Florence lived with my family in Hong Kong.    My family was living in poverty.  Auntie Florence worked hard to study in a university. She was the 1st family member to earn a bachelor degree.  I was proud of her.  After she was married, she moved to San Francisco.

When I graduated from a high school in Hong Kong, Auntie Florence helped me to apply to study in City College of San Francisco.  When I came to the US for study, Auntie Florence and Uncle Raymond were very nice to invite me to live with them and their kids.  They took care of me very well.  Then I could concentrate at my study.

After I moved to San Jose to continue my study at San Jose State University, Auntie Florence often invited me to her home to have dinner with her family.

When I came to study in the US initially, Auntie Florence and Uncle Raymond 's ironwork company only hired 2 employees.  They worked so hard with days and nights.  Nowadays, the ironwork company has grown with over hundred employees.  They have spent lots of energy and hard work to make it success.  The company also gives out scholarships to its employees' children.

The biggest success with Auntie Florence is not the ironwork company.  Instead, she educated her daughter, Leona Shum, to become a doctor.  During the pandemic, Leona bravely stands at the front line to cure sick people.

Bribery is not correct.  It affects the fairness and the health of a city.

Florence Kong is a nice, generous, and hardworking person.  This time, she made a terrible mistake and has learned a big lesson.  I believe she will not make the same mistake again.  I hope Judge Orrick could give her a chance to correct herself and to help the community.

Sincerely yours,

Chun Pong Kong



UNIVERSITY OF THE
PACIFIC | Benerd
College

Elaine Mo                                                    December 10, 2020
7548 Valentine St.
Oakland, CA 94605


To Honorable Judge William H. Orrik,

My name is Elaine Mo and I am an associate professor of education at the University of the
Pacific.  I am writing you to in support of Florence Kong, who is my sister-in-law, whom I
have known for over 20 years.

Across the years knowing Florence, I have been most impressed by her community
involvement.  She has always been enthusiastic and tireless in supporting her local
community.  She has offered multiple times to get me involved in more civic activities,
such as discussing education issues on her radio show to disseminate information that the
public may not have easy access to, particularly those who are immigrants and/or low-
income.  While I have many times felt overwhelmed by my job resulting in less active
involvement in public service, I have always found that Florence finds it not just her duty,
but a personal passion to support those who are less fortunate than her.

I am writing to plead with you to recognize the circumstances of this situation.  I ask for
your consideration of Florence as a kind-hearted, civically responsible and passionate
person who made a mistake and has learned from it, and wants to continue to serve her
community and country.   I thank you in advance for any consideration you give her.

Sincerely,



Elaine Mo

Edwin Chan
1986 Quesada Ave
San Francisco, CA 94124

November 23, 2020

Re: Florence Kong

To: Honorable Judge William H. Orrick

I am writing this on behalf of Florence Kong. I am her nephew and have known her for thirty year. I was surprised to hear of this case as I have always known her to be a good and upstanding person. Therefore, I am writing this letter of support and to comment on her character.

Florence has always been a generous aunt. She would often host large family events and extended everyone the warmest of welcomes. I fondly recall many events organized at her home. She is truly a wonderful and respected relative in my extended family.

Additionally, Florence is a hardworking and driven business leader. Her resiliency is evident in her story as an immigrant who lead a small construction company to the successful company that it is currently today. Because of her work ethic, her company has grown significantly and provides many others the opportunity to earn an honest living. And for that, she earned the loyalty and respect from her employees. I can attest to this as I had interned at the company many years ago. Because of her generosity towards me, I had the opportunity to gain real world work experience early in my professional career.

I support Florence. I believe that she is remorseful and has undoubtedly learned from her mistake. Furthermore, I am confident that moving forward she will use this experience to recommit herself to be an upstanding and honest person in our society.

Sincerely,

# Edwin Chan

Edwin Chan

*[Translated from Chinese to English]*

Shu Zhen He
52 Lois Lane
San Francisco, CA 94133

November 3, 2020

To Honorable Judge William H. Orrick,

Florence Kong is my niece; she is a friendly and responsible person with a passion for helping others. She helped her late husband start a steelworks business, but he died of cancer for less than two years. She was left with three young children and a to-be-developed company with some twenty employees, but she survived with outstanding efforts. It was never easy for Florence to overcome these hardships in raising three children and developing a business single-handedly. She put down her grief over her husband's death and took up the role to take care of her family and the livelihood of her twenty employees and their dependents.

She continued diligently studying to improve her management skills to keep her company afloat, passed multiple examinations to secure the professional licenses required by laws for her business, and expanded the company with over 100 employment in gradual progress. She also treated her employees kindly and did her best to help employees who have difficulties. She is a responsible and successful business owner who made substantial contributions to the immigrant community and society.

She is busy with her own business and yet still spared time to keep a strong relationship with relatives. She is eager to help any relative in need. I am immensely thankful for her to act as the guarantor for my brother when I petitioned him years ago to immigrate to the United States.

Florence is a diligent, hardworking, and kind-hearted person, a strong and determined woman who has built a successful business step by step. She is an asset and has earned a lot of respect from her family, friends, and the community.

I continue to give her my support as she regrets her wrong deed with tremendous remorse and vows not to repeat the same mistake ever again.

Thanks for your kind consideration.


Respectfully yours,


Shu Zhen He

033

Shu Zhen He

52 Lois Lane

San Francisco, CA 94133

尊敬的 William H. Orrick,

　江苑珊是我的外甥女，她是一個負責任、熱心助人的人。當年他們開創事業不到兩年，丈夫因勞累過度而過早病逝，剩下她一個人，帶著三個稚年的兒女，還有約二十工人的生計，但她都是很堅強地挺過來，所經歷的艱難困苦，真是不容易，為了生活，為了二十人的飯碗，她放下悲痛，繼續學習，積極上進，不斷增值自己，并考取了不同的商業牌照，擴大生意範圍，增聘員工，為社會做出自己的貢獻。她還善待員工，待他們如家人，凡員工家有困難，她都會盡量幫助，是一位負責任的好老板。

　她不僅忙自己的生意，對於親戚之間的關係也非常好，不論誰家有困難，她都熱心幫助，早幾年我弟弟也是苑珊幫我做生活擔保，我弟弟才可順利來美，非常感謝她。

　江苑珊是一個勤奮、努力、善心的人，一個為了百多個員工生計而努力奮鬥的人，一個對社會有貢獻的華人女生意人、一個好人。

　雖然這次她出了錯，做得不對，她表示一定會改正，決心永不敢再犯，我也會繼續支持她和鼓勵她。

何淑貞

034

Lai Chan
1986 Quesada Ave
San Francisco, CA 94124

本人名叫陳麗，今年93歲，是三藩市居民。

江宛珊是我的姨甥老婆，我認識她45年有多。宛珊是個很能幹的女性，為人開朗，喜歡幫助別人。我的姨甥早亡，她一方面照顧家庭，教養子女成材，另一方面經營她亡夫的鋼鐵工廠，並將它發展擴張，提供很多工作岡位給三藩市勞動階層。

江宛珊很照顧老人家。她一直照料母親至百年歸老，亦對我特別關心愛護，時加慰問。我欣賞她百忙之中時常安排家族聚會聯誼，帶給大家很多歡樂時光。

我希望各方能給予她機會，我是衷心支持她的。

Lai Chan
1986 Quesada Ave
San Francisco, CA 94124
November 2, 2020

To Honorable Judge William H. Orrick,

My name is Chen Li. I am 93 years old and a resident of San Francisco.

Florence Kong married my nephew. I have known her for over 45 years. Florence is a capable woman, always carries a positive attitude, and would never hesitate to help others. My nephew died at an early age. It fell on Florence's shoulder to take care of the family, raised her three children to become useful persons, and successfully managed a steelworks factory founded by my nephew and her. She developed and expanded the factory to provide many jobs for the San Francisco Bay Area working class for years.

Florence takes much care of the elderly. She has been caring for her mother until she died at over a hundred-year-old. Florence also takes excellent care of me with love and care. I appreciate that she often arranges family gatherings during her busy schedule, which brings us many happy times.

I sincerely hope the court and public would give her future life chances, and I support her wholeheartedly.

Thanks!

LAI CHAN

Respectfully yours,

Lai Chan

035

Sandy Shum
618 Hemlock Avenue
Millbrae, CA  94030
Tel: (415) 990-8692

October 18, 2020

To Honorable Judge William H. Orrick

Re: Florence Kong

Dear Honorable Orrick,

My name is Sandy Shum, a legal secretary.  I have known Florence Kong, my sister-in-law, for over 35 years.  She was the wife of my late brother who died at a young age, about 39 years old. Florence then took care of three young children after my brother died and managed the ironwork company at the same time.

Florence is hardworking, brave, responsible, helpful and enthusiastic.  She keeps her promises and is eager to help others.  Some twenty years ago I had mental crisis and was hospitalized.  I entrusted Florence to take care of my two children.  Florence organizes our family events and gatherings for the extended families over the years.  In addition, Florence is active in community service and has helped organize a center in Chinatown for seniors to get together.

I believe Florence has learned from her mistakes and I would like to give her my support.

Sincerely,

Sandy Shum