Exhibit D – Letters from Charities

Elsa C. Cheung
951 O'Farrell Street Apt 14
San Francisco, CA  94109
415-409-8871
elsacheung@gmail.com

December 4, 2020

To Honorable Judge William H. Orrick,

I am writing in support of Florence Kong—whom I have known well for 25 years as fellow non-profit organization board members active in the Chinese community and as parents with children who were elementary school classmates—in hope of your consideration for leniency in her sentencing.

As a dedicated mother and wife who raised three children, and a hardworking business woman who grew a successful construction company, Florence still finds time to contribute back to the community. I have witnessed firsthand her compassion, generosity and dedication.

I still remember when I approached her about forming a non-profit organization to help the low income seniors in Chinatown more than a decade ago, she immediately sprang into action and dedicated financial resources. In a short time, a small center was established, and different programs were implemented. That's the kind of compassionate and valuable leader to our community that she is.

While she takes the leadership role in the different projects, she works just as hard in tedious tasks such as stocking up supplies as well as setting up and taking down before and after events. After a project is done, she has routinely shown gratitude by inviting key volunteers to a sumptuous dinner and/or giving them gifts out of her own pocket. That is the kind of generous and gracious person she is.

While I have resigned from the board of this organization years ago due to personal health reasons, Florence has continued to lead and support its growth to this date. She hopes to be able to return to the community to serve. That's the kind of committed and dedicated person she is.

I understand Florence has made a serious mistake, but I believe she learned her lesson and is committed to do better. I hope this letter shed some lights on her character and that her continued contribution to the community warrant your consideration for a lower sentence.

Thank you for your time and consideration. Please feel free to contact me by phone or email for any further information.

Sincerely,

Elsa C. Cheung

Elsa C. Cheung

Louis Lam
107 Leafield Road
Danville, CA94506
January 12, 2021


To: Honorable Judge William H. Orrick


My name is Louis Lam. I am a resident, businessman, and the chairperson of the American Teochew Foundation in the San Francisco Bay Area.

I have come to know Florence Kong for some length of time. I remember I ran into her in a community event some twelve years ago. We get together much closer in the past five years because of a business relationship and community engagements. Florence is a very amicable, competent, straightforward, kind, and broad-minded person. I have a lot of respect for her inclusiveness and generosity in her contrition to the community.

Florence had a medium size ironworks company that employed over 100 employees. A weekday in autumn in 2018, when I visited her ironworks plant in Hayward over a business meeting, I noticed that her workers were mixed races. She explained that some of her employees were local ex-convicts (felons) referred to her by the State Department of Corrections and Rehabilitation. She further expounded by saying that we should all consider giving a chance to people who had committed crimes. If all businesses provide job opportunities to ex-convicts to start a new life, the community will be safer and more peaceful. The world would be much better for all if people have a job with a stable income. I found myself agape and was much impressed and inspired as this was a rare act for any employer, not to mention an Asian woman, to employ ex-convicts. I can never forget what she said to me that very day.

There was an extensive outbreak of the COVID-19 pandemic at the beginning of 2020, and there was a severe shortage of masks, both medical and non-medical, in the San Francisco Bay Area. The elderly, the frontline workers in the hospitals, police officers, firefighters, and social workers are among the most vulnerable. I called Florence and stated that I would like to do a fundraiser under my American Teochew Foundation to get as many masks as possible from my China connections. Without a slight hesitation and questions, she sent my foundation a $5,000.00 check right away. She was not the wealthiest person I had approached, but she was among the first few donated individuals.

When the masks' shipments arrived, Florence was again one of the few volunteers to take with her the masks, driving around in Chinatown and Visitacion Valley to distribute to the senior community in dire need. A courageous and admirable act when the pandemics were in their peak surge. I invited Florence to participate in the mask donations to police departments, firefighter unions, hospitals, and community centers where there would be press coverage. She declined and stated that she would only do what she could to give back to the community without press exposure or name-recognition. She earns my highest respect as she is so different from those who pay mostly lip services and crave name recognition.

I regret to learn of her deeds in breaking the laws, but I am entirely convinced that she is not a vile person by nature. Through this letter, I would like to take the opportunity to plead to Your Honor to give Florence the most lenient chance that she used to give to others in most of her life.


Respectfully yours,


Louis Lam

003



ORTHODONTICS PEDIATRIC DENTISTRY

**DOROTHY PANG, D.D.S., M.S.**
Diplomate, American Board of Pediatric Dentistry
**TAMAKI FUJINO, D.D.S., M.S.**
Diplomate, American Board of Pediatric Dentistry
**AMY CHEN, D.D.S., M.S.**
**APARNA AGHI, D.D.S., M.S.**

December 4th, 2020

Dear Honorable Judge William Orrick,

Please accept this letter as my testimonial for Florence Kong who is a charitable, kind, loyal, respectful, and thoughtful person, as well as a benevolent, conscientious, ethical and hardworking business owner. I am a pediatric dentist, a Health Science Clinical Professor at the University of California, San Francisco and Vice President of the American Board of Pediatric Dentistry. I have known Florence for almost 15 years.

I am Dorothy Pang. My husband and I have made San Francisco our home since 1992, and both our grown sons were born here. Previously, we resided in Chapel Hill (North Carolina), Houston (Texas), London (England), Hong Kong (China) and Kuala Lumpur (Malaysia).

Florence and I initially met at a charity event organized by the APA Family Support Services that provides support, including mental health counseling, to families alleged with child abuse and domestic violence. Florence was a sponsor of the event and a regular donor to the organization, and my husband and I were guests. Over the years I have witnessed, in spite of her busy and demanding work schedule in running a construction business that employs over 160 employees, Florence always finds time to participate and lead in various community based charitable and non-profit organizations, such as the Immigration Rights Commission of which she has served as a commissioner for years; as directors of the San Francisco Chinese Chamber of Commerce and the Lions Club, and an advisor to the BART Business Advisory Council, to name a few. At one time, Florence even leased a radio station to disseminate health and other supportive information to recent Chinese immigrants. She invited me to present and conduct a Q and A session about children's oral health. I thought it was well received and beneficial to the targeted population. Florence also donates generously and regularly to numerous other local and national non-profit organizations, such as various community support facilities, hospitals and schools. She impresses me with her servient attitude, the passion to make a difference and willingness to help anyone who seeks her assistance. She is truly a benevolent citizen of our community and beyond, and she carries on in her usual humble and understated demeanor.

823 Taraval Street, San Francisco, CA 94116  TEL 415.661.8383  FAX 415.661.8330  www.opdsf.com

PETER LEE, D.D.S., M.S. AND DOROTHY PANG, D.D.S., M.S., INC.

Florence interacts with me professionally too. Between my home and my office, I am periodically in need of repair or construction work. My office has experienced numerous floods in the last five years from blocked drains by the tenant's hair above, corroded pipes, and occasional heavy rains; and my home used to have chronic sewage issues due to outdated plumbing. No job is too small or tough for Florence and her team. They are always responsive and deliver their work in a timely manner. They are fair, honest, trustworthy and have excellent work ethics, all of which I attribute largely to Florence's leadership and oversight.

Many of Florence's qualities and values likely stem from her impoverished upbringing, growing up in a housing project in Hong Kong, and the hardships she endured as a new immigrant. Not long after she and her first husband immigrated to the United States in 1990, Florence was widowed with three young children. She understood the only way to free herself from poverty, to rebuild and heal her family and succeed as a single parent is through hard work, perseverance and being connected to a supportive community. Perhaps that is why Florence is passionate about giving and helping others. Over the last 30 years, she has worked tirelessly to do just that, raising and nurturing four successful young adults, growing a successful business while constantly giving back to her community.

As her current legal predicament was unfolding, it was evident to me that Florence was deeply regretful of her lapse in judgment, that she had betrayed the trust of her community. I fully believe she has learned from her mistake and is committed to mending the wrong by perpetuating her community services and charities. Being a friend and fellow citizen, I truly believe Florence is an asset and not a threat to our community. She deserves a second chance, and she has my unreserved support.

Respectfully submitted,

Dorothy Pang, BDS (Lond), LDSRCS (Eng), DDS, MS

Jan 8, 2021


Ken Wong

Phone no. 415- 802-7127


To: Honorable Judge William H. Orrick



My name is Ken Wong.  I was the Parole Agent III/Supervisor at the Division of Adult Parole Operations of State of California Sheriff Department in the department and worked for the department for 25 years.  Currently I am retired.  I have known Florence Kong for over 10 years. Florence is very active in the community.  I have run into her many times in community events. My experiences with Florence over the years have resulted in my feeling that she is a very passionate person who always like to help others.

Florence had a medium size steel company.  She employed over 100 employees.  A few years ago when I was working at the Parole Department I thought that if she could hire some of our local felons, it would be of great help the felons to lead normal lives in society.   We had a meeting in my office.  I was very impressed that Florence feels that the hiring of felons is the social responsibility of a business owner and of a community leader setting example for others. She said that everyone should give a second chance to people who had committed crime.  If all businesses would provide job opportunities to them, the community will be better. The felons would not want to commit crime again.  Society should give the felons a chance to have a new life.  A stable income and a sign of acceptance will be a key to encourage them not to make mistake again.  In this way it also helps the economy with the felons' new productivity and the community will be safer.

We scheduled a site visit in San Joaquin prison so that Florence could have a better understanding of what the felons could do.  Florence and a few of our coworkers spent almost a whole day to walked through the jail.  The fact of the matter is that Florence as the CEO did not need to be there and she could have sent a staff to complete this chore.  That day, I saw the sincerity and heart in Florence.   Her company started to hire a few felons after the visit.  The most exciting result was a few felons stayed with her company for many years and did not commit crime again.  To this day, the ex-felons enjoy their new lives.  They were very proud of themselves.  They have a lot of respect for Florence Kong for giving them a chance to enter society again and for her commitment to help others.

Florence made a mistake this time.  She showed to me that she is very remorseful to have committed a criminal act. My experience with Florence gives me the confidence that Florence will learn from her mistake, make correction and can continue to help others with her energy and commitment. If anyone deserves court leniency, I truly believe in my heart that Florence is a prime person deserving the court's time to examine her kindness, her positive accomplishments for the community and her potential contributions in the future. I do not believe society would benefit from Florence's incarceration and hope the court will come to the same conclusion as I have.

Yours Respectfully,

Ken Wong

Gen Xing Situ
500 Raymond Avenue, Room 501
San Francisco, CA94134

November 23, 2020


To Honorable Judge William H. Orrick,

My name is Ginkgo Situ. I am 72 years old and have been in San Francisco for nearly 15 years. I had known Florence Kong for 14 years when I joined the San Francisco Chinese Club as a Board Director.

I lost my husband early and had gone through a tough time with my children in China. I brought my family here seeking a new, secure, and stable life in America. Florence also lost her husband when she was in her thirties, and we had a similar experience of hardship and bitterness as a single parent with different courses of life paths. Life is full of ups and downs and beyond telling, but Florence turned her unyielding spirits to raise her three children to become educated, successful, and contributing adults. It takes a tireless, courageous, caring, and intelligent individual, like Florence, to manage with high skills and talent to make such resounding successes in career, family, and community contribution.

Florence has been giving very enthusiastic support to our organization. Our 400 odd members love her very much. Under her inspiring leadership, the San Francisco Chinese Club has prospered well and contributed to the elderly community in Chinatown and Vistacion Valley with various activities and events year-round. The most valuable to the elderly is that she has no class concept, takes pleasure in helping others, and always supports the old, vulnerable, and the underserved.

My son immigrated to the U.S. in 1996 and found a job in Florence's company ten days after he landed. She was very kind to her employees, provided them with generous and stable wages, safe and friendly working environment, and often worked together with employees. My son has been working for her for over 24 years. It is commendable that Florence also cares for her employee's families.

There is no perfect and fault-proof person in the real-world; she made a mistake and felt deeply remorseful for her deed. Her employees and the elderly care much about her, and we need her to lead and guide us. I pray that the judge will grant her return to the community soonest possible to continue working for the community.

Thanks kindly for your consideration.


Respectfully yours,

*GEN XING SITU*

Gen Xing Situ

009

October 15, 2020

Lily Sun
1860 El Camino Real, #228
Burlingame, CA 94010

Dear Honorable Judge William H. Orrick,

My name is Lily Sun. I am the President of Best Commercial Co. I also served as the President of the San Mateo Lions Club from 2019 to 2020. I have known Florence Kong for three years working with her volunteering our time working together for the Lions Club.

In these last few years, I have come to know that Ms. Kong is a very kind person and does not hesitate to help people who are in needs. She is well respected by our volunteer community. Whatever she does, she works hard with full energy and compassion. In the Lion's Club, Florence helps with raising donations for both natural disasters and for our local community groups. Florence believes in actively participating in community work and engage others to become active in civic participation. Her achievements with her own business is outstanding. I know some of her employees and they all have great respect for her. Florence as a woman working in an industry dominated by men and has managed to build her business from 3 employees to 170 employees in an arena where each and every business opportunity requires competitive hard bids.  Florence was able to manage a business that supported 170 families. Many of us affectionately call Florence the strong iron lady of the Bay. Florence tirelessly encourages others to work hard and rally the successful people to give back to the community. Time and again, she manages to motivate us to do our best.

In spite of an impossible schedule running a large business and raising 4 children, Florence never forgets to help the community. She was the 1st woman President of the American Asian Contractor Association after the association was established for 32 years, She has served as the Founder and Chairman of San Francisco Chinese Club, as a Vice-President of the San Mateo Lions Club, as a Director of Chinese Chamber of Commerce, as a Committee member of the Business Advisory Council of BART, as an Advisor of American TeoChew Foundation, as a Commissioner of Immigrant Rights Commission, as the President of Build Bayview. In the short three years I have known Florence, I have known her to donate to hospitals, schools, orphanages, and senior home without hesitations. From my standpoint, Florence is an honest, reliable, trustworthy, generous and helpful person who does what she says. In America we need someone like her who has the willingness and drive to help others.

Florence knows that she made a mistake. She regrets deeply and I am confident that she will never violate it again. I am making the point that Florence Kong has been a good person for most of her life and has made contributions to our community and our society in general. My hope is to continue to work with Florence to improve the quality of life among the less fortunate. I am certain that Florence has learned a valuable lesson and I hope she can continue to put her energy into helping our community.

Sincerely,

Lily Sun

November 27, 2020

From:  Leo K. Choy
210 Castenada Drive
Millbrae, CA 94030

Re:  Supporting letter for Florence Kong

Dear Honorable Judge William H. Orrick,
My name is Leo K. Choy and I am a retired general engineering contractor. I write to
inform you that I have known Florence Kong for over thirty (30) years.

Both Florence and I served on the board of AACA (Asian American Contractors'
Association) since the nineties.  Florence also served as President from 2007 to
2010.

Over the years, I have interacted with Florence in both professional and personal
level and I find her to be honest, reliable, caring, and a generous person. She has
always lent a helping hand for the under privileged children. Two years ago, I asked
her to help me to build a school in the poorest and mountainous rural region in
China. Florence never hesitated; she donated US$2,000 for my cause. During her
tenure as AACA President, she worked tirelessly with other trade organizations and
the AACA memberships.

I understand that Florence had made a serious mistake and committed a criminal
offense; however, she is very remorseful of her action. As her good friend, I am in
total support of her and I hope your honor can weight all the good deeds that
Florence has contributed to our society.

Sincerely yours,

Leo K. Choy

012

**Teddy Fang**
**300 Liberty Street**
**San Francisco, CA 94114**

District Judge William H. Orrick III
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

November 26, 2020

Honorable Judge Orrick,

My name is Teddy Fang. I am a native San Franciscan, former editor and publisher of the San Francisco Examiner, San Francisco Independent Newspaper Group and AsianWeek newspapers. My community work includes serving as member of the Board of Directors for United Way of the Bay Area and the Bay Area Council. I have also served as Chairperson for the Bay to Breakers Foundation, Mobilization Against AIDS and the AsianWeek Foundation. I am also co-founder of San Francisco's model Hep B Free campaign to eradicate hepatitis B disease, the greatest cause of liver cancer worldwide.

I came to know Florence Kong through my community work for the last 15 years. I have valued her as a civic leader and community supporter. For example, when the community confronted the issue of hepatitis B disease, which is also the greatest untreated infectious disease in the world. Our model Hep B campaign began in 2007 and was designed to ultimately eradicate this disease through the use of vaccine and instituting improved healthcare protocols. Ms. Kong was one of our early supporters and helped get our Hep B Free campaign off the ground.

Ms. Kong gave her all to this community project: Ms. Kong was a donor, and also helped raise outside funds for our fundraising campaigns; Ms. Kong hosted speakers on her radio show to galvanize the community; Ms. Kong often volunteered herself helping to set up events and staffing the outreach tables to talk with community members about this important issue. With Ms. Kong's direct involvement, Hep B Free became a model program for the country, helping to spur the first National Viral Hepatitis Action Plan issued by the U.S. Dept. of Health and Human Services in 2011. Today, our pioneering efforts have also helped inspire the World Health Organization to declare the elimination of hepatitis B disease globally by 2030.

I know that Ms. Kong is sincerely remorseful for her mistakes. Each time I have communicated with her, Ms. Kong has told me how sorry she is for what she has done and for not following the strong ethical standards and values that she holds for herself. I know Ms. Kong is committed to working very hard to make amends for her errors in judgment. Ms. Kong is still full of potential do make up for her misdeeds and add to the record of good things she has already done in her life.

**Teddy Fang**
300 Liberty Street
San Francisco, CA 94114

Judge Orrick, I hope you will take into account my personal experiences conveyed in this letter, and the experiences of so many community members, as you apply the law in Ms. Kong's case. I continue to support Ms. Kong and wish her the best outcome in her case.

Thank you for your time and consideration,

Teddy Fang



District Judge William H. Orrick III
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

December 15, 2020

Honorable Judge Orrick,

I am writing to voice the strong support of AsianWeek Foundation for Ms. Florence
Kong. AsianWeek Foundation is a registered 501(c)3 non-profit organization focused on enhancing
the diversity and development of the Asian American community. Projects of the AsianWeek
Foundation have included spearheading the largest public health campaign for Asians and Pacific
Islanders in the nation, and holding the largest annual outdoor gathering of Asians in America for ten
consecutive years.

AsianWeek Foundation was founded in 2004, and Ms. Kong has been a volunteer and financial
supporter of all our community work from the very beginning. We have always known Ms. Kong to
be honest and forthright in her dealings, generous with her time to volunteer, and generous with her
resources to donate funding. Ms. Kong has been a role model to many of our younger volunteers and
participants. Ms. Kong has always demonstrated a hard worth ethic, trustworthiness and she
is humble when dealing with others.

In particular, we would like to mention the work that Ms. Kong did educating the
community, specifically the Chinese immigrant elders, on recycling and composting
for environmentally sustainable practices. Ms. Kong held workshops and personally talked to
community members about the importance of preserving the environment and helping the future of
the earth for many generations to come.

Ms. Kong made serious mistakes contrary to her high standards and ethics that we know she believes
in and has performed to in her dealings with the community. Kong has expressed deep remorse for
her failings and has learned from her mistakes. The AsianWeek Foundation continues to support Ms.
Kong as we know that there is still a lot of good work that she will do in the future.

We hope that you will consider this letter and our experiences, and that you will show Ms. Kong
leniency in her sentencing. Ms. Kong is committed to making amends. Please allow Ms. Kong the
chance to make even greater contributions to the community in the future.

Sincerely,

Julie Yim
Secretary and Board Member
AsianWeek Foundation

# CHINATOWN NEIGHBORHOOD ASSOCIATION INC.

916 Stockton Street, 2nd Floor, San Francisco, CA 94108
Tel: (415) 397-8003    Fax: (415) 397-2110

The Honorable Judge William H.Orrick,
450 Golden Gate Ave,
San Francisco, Ca.94102.

Dear Judge Orrick:

My name is Pius Lee.  I am the Chairman of the Chinatown Neighborhood Association and a former San Francisco Police & Port Commissioner. Also, I am active in the San Francisco Chinese community and have served as former President of the Chinese Hospital and former President of Chinese Chamber of Commerce. My company, California Realty & Land, is located in Chinatown and has been serving the Chinese community for over 50 years.

I have known Florence Kong for over 25 years and have worked with her as a volunteer on many projects to serve the Chinese community.  Florence is a very hardworking and passionate person. She organized and founded a non-profit organization known as San Francisco Chinese Club which she ran for approximately 13 years. Even today, the organization continues to help to raise the awareness of the elderly, encourage the elderly to stay active in the community, provide health seminars, and focuses on recycling. Florence also started a Chinese Radio station, which she ran for 10 years, providing information to the Chinese community especially those who cannot speak English. In addition, Florence dedicated her time and energy to the community serving as the San Francisco Immigrant Rights Commission for over 10 years. Former Governor Gavin Newson appointed her to serve as the Immigrant Rights Commissioner in 2009 and also as Advisor of the City Hall Preservation Advisory Commission.

Florence started and grew her company to become one of the largest Asian owned steel companies in the Bay Area. I have seen her courage and persistence, as a business woman raising her children as a single mother. For the last 25 years, she not only raised her children but also took care of her elderly mother all by herself.

Florence has acknowledged that she made a serious mistake and has expressed remorse and will not make any future mistakes. I trust her persistence and hope that she will be back to the community and continue her commitment to help others. I respectfully ask you to consider sentencing Florence to do community service and give her another chance to be a good citizen and to serve the Chinese community.

Yours Respectfully,

Pius Lee

016

**WILLIAM H. CHAU, M.Sc., D.C.**
CHIROPRACTIC FAMILY PHYSICIAN

414 CLEMENT STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94118
TELEPHONE (415) 752-7933

DIPLOMATE . AMERICAN ACADEMY OF PAIN MANAGEMENT
LIC. NO. 15779

October 22, 2020

To: Honorable Judge William H. Orrick

Your Honor,

I am Dr. William H. Chau working as licensed Chiropractic and naturopathic physician in the Bay area since 1984.

I have known Florence for more than 5 years. We are the members of Lions Club in San Mateo and have worked together in many of our non-profit volunteer activities. Florence Kong is also the Founder and Chairman of San Francisco Chinese Club, Vice President of San Mateo Lions Club, Advisor of American Teo Chew Foundation and Commissioner of Immigrant Rights Commission. Ever since I have known Florence, she makes time to participate in many benefit events and organizes fund raising for many non-profit organizations. In many cases, she is among the first to make personal donations to different causes ranging from Doctors without Borders to disaster relieves. We have volunteered to visit different senior homes and Florence has a good heart to help those who are less fortunate. We have shared stories of our childhood and I know that Florence grew up very poor in Hong Kong after the Communist was victorious in China's civil war in 1950. Florence parents escaped China penniless and resulted in the family's plight in the 50's and 60's. Although Florence grew up in a poor family, she is generous with a big heart full of desires to help others in the community. I can say with total confidence that few women have contributed to the society in the way she has. She is passionate, loyal, loving, kind, sincere and faithful to her religious believes. She is a dedicated wife and mother of four in the family. As a reliable member of the community, it was quite unexpected when I learned about her current troubles. Florence has confided to me that she is very upset and feel sorry about what she had done. I for one have full confidence that Florence feels that she has broken the law out of character and that she will never break the law again under any circumstances.

After a long talk with Florence, I found that she is deeply remorseful with her mistake and is ready to put this mistake behind her and concentrate on making amends to her mistake and try to contribute to her community at large in whatever way she can. Despite the current case, I still deeply believe Florence Kong to be an honorable individual, a valuable member in the community. It is my sincere hope that she will be back to the community and serve the Lions Club with me soon as any community needs a good person like Florence.

Yours Sincerely,

Dr. William H. Chau

017

Date:  November 9, 2020

1303 Larkin Street, #514
San Francisco, CA 94109


To Honorable Judge William H. Orrick,


My name is Pak Bing Wu, and I am the Permanent Honorary President of the San Francisco Chinese Club, an association I co-founded with Florence Kong 12 years ago.

I have known Florence Kong for over 14 years, and she is hardworking and selfless, open and straight-forward, compassionate and eager to help others, has a great sense of righteousness, and a person to look up to like a beacon. Her husband, unfortunately, passed away 25 years ago. As a single parent, she has raised three young children, all of whom have now grown up with good education and accomplished achievements. She also took over a small steelworks business with barely ten staff left behind by her late husband and grows it into a successful and highly respected company with 170 employees under her outstanding leadership. She treats her employees, customers, family, and friends with great perseverance, honesty, and loyalty.

She took time out of her busy schedule to care for the senior's needs in the Chinese Club. She has unconditionally provided a meeting place to our club members for social meetings and activities, guiding us to live meaningfully with dignity by engaging the community with charity acts and caring for underserved communities. She is the one who takes care of all the expenses. All of our members respect and love her.

Florence is filled with remorse for her mistake and is willing to accept responsibility for her role. I am convinced that Florence is not criminally inclined nor greedy by nature based on what she had been struggled through for her family, doing all good deeds for the community and ready to help people in need over the years. I am confident that she will continue to be an asset to the community in the future, given her the chance.

Thanks!


Respectfully yours,

*Pak Bing Wu*
Pak Bing Wu

Date: November 16, 2020

133 Shipley St., Unite E409
San Francisco, CA 94107

To Honorable Judge William H. Orrick

My name is Shaolan Yu Zheng. I came to the United States in 1984, and together with my spouse, we started a restaurant, a small family business. We worked very hard and turned our restaurant into a well and successful business. However, my husband died of illness sixteen years later. I had to sell off my restaurant as my three children were still young to take over the business. On reflection, I was in a similar situation as Florence Kong, who I have met later. It would be a different story if I had the breath of mind, commitment, and strength close to Florence Kong.

In 2017, I joined the San Francisco Chinese Club with a couple of friends. Over the years, I have come to find that Florence is a person of good nature and with strong leadership skills. She organized multiple events for hundreds of people. These events were all arranged in an orderly and meticulous manner as scheduled. All those who attended were well cared for with entertaining activities, food, gifts, singing, dancing, art skills, and magic performances. There were also lottery prizes to engage participation, and all seniors enjoyed it.

Florence also organized a one-day tour for members annually, such as going to the Golden Gate Park, Half Moon Bay, Napa Valley, and Sacramento for the seniors to enjoy the fresh air and the beautiful scenery of the picturesque nature around the Bay. These tours help to rejuvenate the seniors who took joy in everything like a child.

We all are very grateful for being members of the San Francisco Chinese Club. These are attributed to Florence's generosity and leadership, who has dedicated her time and funds over these years.

Most of the members are heartbroken to learn of the mistake she made. Florence clarifies that she is deeply regretful for her wrong and determined to not repeat it. She will continue to support our association, continue to create employment opportunities, and make more valuable contributions to the community when she returns to us.

Florence is the spirit and backbone for some four hundred members of the SF Chinese Club, and we are all looking forward to her early return to lead us with her unyielding energy.

Thanks for your kind consideration.

Respectfully yours,

*Shaolan yu zheng*
Shaolan Yu Zheng

Date: November 10, 2020

133 Shipley St., Apt E908
San Francisco, CA 94107


The Honorable Judge William H. Orrick,

My name is Suzhen Zhou. I am 76 years old. I had served as the Board President of the Asian Pacific American Community Center, as the Secretary of the San Francisco Shanghai Association, as the President of the San Francisco Tanjiang Friendship Association, the officer of the San Francisco International Chinese Affairs, and the officer of the San Francisco Guangdong Association.

I joined the San Francisco Chinese Club in 2017. After spending several years with Florence Kong, I find that she is generous, passionately concerns, and cares about the community and the people, particularly the elderly. She leads with encouragements and makes the best efforts to unite the members of the Club. She plans out activities throughout the year, encouraging members to participate in various cultural and soft exercise activities. Such as riddle for seniors, singing, Tai Chi classes, and public square dancing so that everyone can exercise their brains, strengthen their physical fitness, and have fun now and then.

Florence is rich in experience and shares it with others without reservation. She actively discusses how to invite other associations to participate in various activities, pay comfort visits to people in difficulties and illnesses, and help those in need. Simultaneously, she devotes lots of care and attention to the workers' safety in her company and sets an example in everything. Many workers' family members praised her as a strong woman and a successful entrepreneur.

She openly admits and repents the mistake she made and is determined to work hard to do the right things she should do in her future days.


Yours Respectfully,

Su Zhen Zhou

Suzhen Zhou

020

Date: November 8, 2020

5545 3rd Street, Apt 214
San Francisco, CA 94124

To Honorable Judge William H. Orrick,

My name is Hoi Chong Wong; I am eighty-one years old San Francisco resident. I have been volunteering in many community non-profit organizations in San Francisco for more than fifteen years since my retirement in 2004. I had been the President of the Board in the Community Tenants Association, a Board Director in the Shunde Clansmen Association, and a member of the Chinese Chamber of Commerce. I am currently the Vice President of the San Francisco Chinese Club.

I came to know of Florence Kong when I joined the San Francisco Chinese Club in 2014. Florence is successful in her business and is enthusiastic and generous in giving back to the community. She actively supports numerous non-profit organizations, personally engaging in community services, and provides one of her apartment units for free to the San Francisco Chinese Club for office use. She has generously given multiple donations to various charitable organizations, including the Chinese Hospital, Chinese Newcomers Service Center, St. Mary's School, On Lok, Self-Help for the Elderly, San Mateo Lions Club, and financially supporting the San Francisco Chinese Club.

Florence has genuinely expressed remorsefully the mistake she had made and determined to start a new as a law-abiding person. I, together with 400 other members of the Chinese Club, look forward to seeing her coming back soonest to lead us in the future.

Grateful for your consideration.

Respectfully,

*Hoi Chong Wong*

Hoi Chong Wong

Date: November 12, 2020

467 Turk Street, #615
San Francisco, CA 94012

To Honorable Judge William H. Orrick,

I am Zhang Meiqiong, 83 years old, and has been a member of the San Francisco Chinese Club for more than ten years. The China Club, a non-profit organization, was founded and chiefly funded by Florence Kong.

I came to know Florence Kong when I joined the Club. Over these years, I have found that Florence is always kind, honest, and generously caring for the San Francisco Chinese Club members. She is a successful person who cares much for her employees. Her associates, colleagues, employees, and family members regard Florence as a good leader and an enterprising businesswoman, and all have lots of respect for her.

When her first-marriage husband passed away, she had three young children and a faltering business in her care. Besides, to struggle to keep the company afloat, she had to take charge of all household affairs and care for and educate her children single-handedly. It was never easy, but she was not afraid of hardships and worked hard to build a wonderful family and a remarkable career one step at a time.

She is deeply remorseful for what she did. Florence is determined to stride on a new life path in the years to come, and I am confident in her determination and that she will not again repeat her deviation from societal correctness.

Respectfully yours

Zhang Meiqiong

October 15, 2020

401 W. Fallbrook Avenue # 112
Fresno, CA 93711

To: Honorable Judge William H. Orrick

My name is Raymond Au Yeong, and I have been requested to write a letter of support for Ms.
Florence Kong. I am a retired Business Consultant with Asian Inc., a non-profit organization that
operates the Minority Business Development Agency (MBDA) that is funded by the United
States Department of Commerce. The objective of the MBDA program is to assist minority
businesses with technical assistance by providing one-on-one business consultation,
procurement, access to capital and exporting. After having worked in MBDA for 10 years, I was
later promoted to be the Project Director for the San Jose MBDA Business Center two years
prior to my retirement.

I met Florence approximately 12 years ago when I was first employed by Asian Inc. as a Business
Consultant responsible for access to capital to minority businesses. I have always been
impressed on how hard she works in managing several businesses and created jobs for over 100
employees. Despite her busy schedule, she managed to participate in numerous networking,
social and professional events. I have heard Florence in speaking engagements offering advise
to other small business owners and sharing the challenges and growing pains encountered by
her business during the different business cycles.

I have always been appreciative of Florence efforts in being a strong supporter of the MBDA
program. As I recall, three years ago, she was generous enough to take time off her schedule to
attend an Event in Sacramento, to advocate for the MBDA Centers of San Jose, Fresno,
Sacramento and Pasadena to obtain funding from the State Governor's Office of Business
Development (GO-Biz) to participate in a three-year Small Business Technical Assistance
Program (SBTAP) and the Small Business Technical Assistance and Extension Program (SBTAEP)
providing technical assistance and training for small business expansion and retention with the
intent to create more jobs in California.

I conclude by saying that Florence is remorseful that this incident occurred and I wish you
would show leniency towards her.

Yours respectfully,

Raymond Au Yeong

## Michelle Lai Wong

526 Magellan Ave.
San Francisco, CA
Email: mlaiwong@yahoo.com
Telephone: 415-504-7618

October 30, 2010

Hon. William H. Orrick
Judge, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:  Florence Kong

Judge Orrick:

I am pleased to share a few details of my relationship with Florence Kong of over the past 20 years.  From our interactions over the years, I know her to be a person of good moral character, strong ethical values in both her professional and personal life, and a loyal and thoughtful friend.

My own background is as follows.  I graduated college in Taiwan in Sociology.  I earned a Master's degree in Education from the University of Southern California, and have pursued doctoral studies at Columbia University.  I am an editor for ThingsAsian.com.  I currently teach Chinese language and culture at French American International School and International High.  Prior to that I had been a substitute teacher in these subjects at various private, independent high schools in San Francisco.  I am also a wife and mother of a 21-year-old college student.

I have served on the San Francisco Immigrant Rights Commission with Florence.  She is deeply dedicated to community service to the community at large and particularly to the immigrant community and elderly.  In the past, she had invited my daughter, a member of the U.S. Wushu Team, to perform Wushu (Chinese Kung Fu) at events sponsored by her radio station, including Street Festivals and at celebrations of a non-profit organization she founded to help the elderly, as well as at her company annual dinner.

Our families have shared many meals together and have prepared meals together. Our conversations are invariably spoken with a mix of English and Mandarin.  Her language and cultural competency in Mandarin and Cantonese is impressive.

She is saddened by the legal problem she is facing but makes no excuses for her misconduct.  Florence has taken time to re-evaluate her life and contrite for falling off from the spiritual path she believes in.

Sincerely,

Michelle Lai Wong

December 03, 2020

Stella Tan
475 El Camino Real, STE 306
Millbrae, CA 94030

Dear Honorable Judge William H. Orrick,

My name is Stella Tan. I had worked in SF as an electrical general contractor coordinating with DPT & DPW for 20+ years before running my solar energy consulting business around 10 years ago. As a member of the American Asian Contractor Association. I met Florence Kong in a dinner meeting when she served as the 1st female president of the American Asian Contractor Association. When we served as vice-presidents of the San Mateo Lions Club. Florence and I worked together volunteering our energy and time to deliver support to our society for the Lions Club.

Florence is well respected by our community. She always works hard with full passion and patience. Her achievements from her iron-work business is excellent, she also earns high respect from her employees. With benevolence in her mind, Florence does not hesitate to help people who are in needs. For example, she helps with fund raising and donations for both natural disasters and for our local community groups.

It is not easy to run a large business while raise up 4 children. However, Florence did it proudly. She always educated her kids never forget to help the community. From my point of view, Florence is a positive, reliable, trustworthy, honest and generous person who stands out of the crowd and brings benefits to the society.

As for bribery scandal, I honestly believe Florence has learned a lesson from it. And It is my hope that the court will be lenient with Florence Kong to let her continue to deliver her contribution in helping our community.

Respectfully,

Stella Tan

Nov 30, 2020

To Honorable Judge William H. Orrick:

My name is Ida Choy.  I am a resident of Bay Area for over 38 years.  I am a Chinese media professional focus on television and radio broadcasting and have been in management positions.  I have been president and vice president of Northern California Chinese Media Association.  I won seven Outstanding Chinese Media awards in my broadcasting careers.

I have known Florence Kong since 2011 and was contracted to be a senior consultant for her radio broadcasting company Bay Area Metro Radio, then be the program director.

Florence is a successful business woman and wanted to use her business skills to build a radio broadcasting company.  I found out that she had the same ideology as I am when it comes to radio broadcasting.  That would acquire,  produce and distribute informational, educational and cultural, in both Chinese and America, Chinese –language radio programs for the benefit of Chinese communities  throughout San Francisco Bay Area, particularly catering  to those immigrants who have limited English proficiency.  Even though she lost money in radio broadcasting business but continued the operation.  She has also operated a non-profit organization Chinese Club that she found  to assist  those Chinese especially elderly who need helps.

I know that Florence had also participated in a variety of service events and is always looking for ways to improve the lives of others. Kong has served on board of the Immigrant Right Commission, Chinese Chamber of Commerce and Lion Club of Foster City.

Florence has achieved so much in her businesses and she has put in time from her extremely busy schedule, money and her own experiences contribute back to the society.

After all that she has gone through over the last nine months, I strongly believe after this case Florence has learned an extremely hard lesson that she is remorseful for her past decision and would absolutely not make this choice again. I am hopeful that the court will take into consideration my thoughts regarding Florence and afford her any leniency the court deems appropriate.

Most Respectfully,

Ida Choy

December 5, 2020


To: Honorable Judge William H. Orrick,


My name is Cao Jie Huang.  I am 75 years old.  I immigrated to America 22 years ago and I have lived here for these 22 years.  I am now retired.  I am very active in my community.  I am the current Secretary for the Wong's Family Association and the Counselor for Hok Luk Family Association.  I have known Ms. Florence Kong for over ten years.  Florence has established the San Francisco Chinese Club for 14 years.  Florence served as the president for the Chinese Club and I served as the vice president.

 Florence is a very hardworking, honest, kind, and passionate person.  She is a successful woman working in an industry dominated by men.  In many ways, Florence created a small wonder in America.  She grew a small steel company to a medium size company with over 150 employees.  Besides managing the co., she took care of her mother by living with her till the mom passed away at about 97 years old.  Florence also raised and educated four children who have launched successful careers.  I have come to know Florence that her first goal is to give back to the community.  She not only donates to various non-profit organizations in the community but also volunteer her time to organize many activities such as health seminars and environmental clean ups.  Florence cares about our community and encourage our members to help each other.

I feel that it is very difficult to find someone like her who has so much energy and cares about others all the time.  I enjoyed the time we to work together and I have the greatest respect for her and her contributions. I am surprised to learn that Florence has made a mistake and has broken the law.  I know she regrets her mistake and has expressed remorse when we talk about the impact of this mistake. I believe she learned the lesson and will never forget nor commit another crime again.   All our members and I hope that she will be able to come back to the community and continue to lead our association.



Respectfully Yours,

Cao Jie Huang

029