STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICK JAMES BOVIS,<br><br>    Defendant. | NO. CR 20-00204 WHO<br>[FILED MAY 13, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WING LOK "WALTER" WONG,<br><br>    Defendant. | NO. CR 20-00257 WHO<br>[FILED JUNE 23, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BALMORE HERNANDEZ,<br><br>    Defendant. | NO. CR 20-00353 WHO<br>[FILED SEPTEMBER 16, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

NOTICE OF RELATED CASES

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FLORENCE KONG,<br><br>    Defendant. | NO. CR-20-00354 WHO<br>[FILED SEPTEMBER 16, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDRA ANN ZUNIGA,<br><br>    Defendant. | NO. CR-21-00096 EMC<br>[FILED MARCH 8, 2021]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the five above-captioned criminal cases are related. Defendants Bovis, Wong, Hernandez, Kong, and Zuniga have pleaded or will plead guilty and will be cooperating in a public corruption case against Mohammed Nuru and others, involving a scheme to defraud the City and County of San Francisco, and the people of San Francisco, of the honest services and related public corruption offenses.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

///

///

///

///

///

///

NOTICE OF RELATED CASES

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: March 9, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

    /S/
ALEXANDRA J. SHEPARD
Assistant United States Attorney

NOTICE OF RELATED CASES